AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:24-mj-00258 |
| TRAYON WHITE, SR. | ) | Assigned to: Judge Faruqui, Zia M. |
| ▬▬▬▬▬ | ) | Assign Date: 8/16/2024 |
| | ) | Description: COMPLAINT W/ ARREST WARRANT |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   June 2024 - Present   in the county of   Washington   in the
Jurisdiction of the District of   Columbia   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 201(b)(2) | Bribery |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☐ Continued on the attached sheet.

*Complainant's signature*

Matthew Gano, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on August 16, 2024.

Date: 08/16/2024

*Judge's signature*

City and state:   Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*