**EXHIBIT A**

| EVENT | DATE | AUTOMATIC STA EXCLUSION | ENDS OF JUSTICE STA EXCLUSION | ENDS OF JUSTICE STA EXCLUSION |
|---|---|---|---|---|
| Arraignment | Sep. 12, 2024 | | Defense time to review voluminous discovery §(h)(7)(A)(B)(ii) | |
| Status Conf. | Nov. 13, 2024 | | Time to prepare discovery motions §(h)(7)(A)(B)(ii)(iv) | Time for adequate preparation §(h)(7)(A)(B)(ii)(iv) |
| Discovery Motions | Nov. 17, 2024 | Filing of Pretrial Motions §(h)(1)(D)(H)* | Time to prepare R. 12 motions §(h)(7)(A)(B)(ii)(iv) | |
| Discovery Motions Opposition | Dec. 11, 2024 | | | |
| Discovery Motions Reply | Dec. 18, 2024 | | | |
| Discovery Motions Hearing | Week of Jan 6, 2025 | | | |
| Rule 12 Motions | Jan. 13, 2025 | | Time to prepare in limine motions §(h)(7)(A)(B)(ii)(iv) | |
| Rule 12 Motions Oppositions | Feb. 3, 2025 | Filing of Pretrial Motions §(h)(1)(D)(H)* | | |
| Rule 12 Motions Replies | Feb. 17, 2025 | | | |
| Rule 12 Motions Hearing | Week of Mar. 3, 2025 | | | |
| Motions In Limine | Mar. 10, 2025 | Filing of Pretrial Motions §(h)(1)(D)(H)* | Time to prepare proposed jury questionnaire and jury instructions §(h)(7)(A)(B)(ii)(iv) | |
| Motions in Limine Oppositions | Mar. 24, 2025 | | | |
| Motions In Limine Replies | Mar. 31, 2025 | | | |
| Motions In Limine Hearing | Week of Apr. 14, 2025 | | | |
| Motions for Proposed Voir Dire & Jury Instructions | Apr. 21, 2025 | Filing of Pretrial Motions §(h)(1)(D)(H)* | Tolling for continuity of counsel §(h)(7)(A)(B)(iv) | |
| Oppositions to Voir Dire and Jury Instruction | May 5, 2025 | Filing of Pretrial Motions §(h)(1)(D)(H)* | Tolling for continuity of counsel | Time for adequate |

---

\*       STA is tolled for up to 30 days while motion is under advisement by the Court.  18 U.S.C. § 3161(h)(1)(H).

| EVENT | DATE | AUTOMATIC STA EXCLUSION | ENDS OF JUSTICE STA EXCLUSION | ENDS OF JUSTICE STA EXCLUSION |
|---|---|---|---|---|
| Replies for Voir Dire and Jury Instructions | May 12, 2025 | | §(h)(7)(A)(B)(iv) | preparation §(h)(7)(A)(B)(ii)(iv) |
| Pretrial Conf. | May 26, 2025 | | | |
| Venire Completes Questionnaire | June 26, 2025 | | | |
| Gov. provides Jencks/Giglio | June 30, 2025 | | | |
| Individual Voir Dire | July 7, 2025 | | | |
| Trial Commences | Upon completion of voir dire | | | |