**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| | : | |
| **v.** | : | **Crim. No.:  24-CR-406 (RC)** |
| | : | |
| | : | |
| **TRAYON WHITE, SR.** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## SCHEDULING ORDER

Based on the government's Motion to Set a Trial Date and Ancillary Schedule, any opposition thereto, and the entire record in this matter, the Court,

**GRANTS**,  the government's motion and sets the following schedule:

### 2024

- Parties Meet and Confer regarding status of discovery        Nov. 6

- Status Hearing        Nov. 13

- Discovery Motions (if necessary)        Nov. 27

- Discovery Motions Oppositions        Dec. 11

- Discovery Motions Replies        Dec. 18

### 2025

- Hearing on Discovery Motions        Week of Jan. 6

- Rule 12 Motions        Jan. 13

- Rule 12 Oppositions        Feb. 3

- Rule 12 Replies        Feb. 17

- Hearing on Rule 12 Motions        Week of Mar. 3

- Motions In Limine — Mar. 10

- Oppositions to Motions In Limine — Mar. 24

- Replies to Motions In Limine — Mar. 31

- Hearing on Motions In Limine — Week of Apr. 14

- Motions for proposed voir dire questions and Proposed Jury Instructions — Apr. 21

- Oppositions to proposed voir dire and jury instructions — May 5

- Replies to proposed voir dire and jury instructions — May 12

- Pretrial Conference — May 26

- Venire Completes Questionnaire — Jun. 26

- Government provides Jencks/Giglio Materials — Jun. 30

- Individual Voir Dire Begins — July 7

- Trial Commences — Upon completion of individual voir dire

**FURTHER**, the Court finds that, due to the volume of discovery in this matter, the complexity of this matter, the need to provide adequate time for both the defense and the government to prepare, and to afford continuity of counsel, the ends of justice outweigh the defendant's and the public's interests in a speedy trial and tolls the Speedy Trial Act as set forth in Ex. A to the government's motion.

Date:

_____
RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE

cc:     Counsel of Record