UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case No.: 24-cr-00406 (RC) |
| TRAYON WHITE, SR. | : |
| Defendant. | : |

NOTICE OF APPEARANCE

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Ubong Akpan and Assistant Federal Public Defender Alexis Gardner have assumed responsibility for the defense of the defendant in the above-captioned case. Please send copies of all notices and inquiries to the attorneys listed below.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
UBONG AKPAN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
ubong_akpan@fd.org

/s/
_____
ALEXIS M. GARDNER
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
alexis_gardner@fd.org