# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No.: 24-CR-406 (RC) |
| | : | |
| **TRAYON WHITE, SR.** | : | |
| | : | |
| **Defendant.** | : | |

## PARTIES' JOINT PROPOSED SCHEDULE

The parties' have conferred and jointly propose the following schedule for this matter:

### 2025

- Status Hearing — Jan. 7
- Parties Meet and Confer regarding status of discovery — Week of Jan. 6
- Discovery Motions (if necessary) — Jan. 28
- Discovery Motions Oppositions — Feb. 11
- Discovery Motions Replies — Feb. 18
- Hearing on Discovery Motions — Week of Mar. 3
- Rule 12 Motions — Jun. 2
- Rule 12 Oppositions — Jun. 16
- Rule 12 Replies — Jun. 25
- Hearing on Rule 12 Motions — Week of Jun. 30

- Motions In Limine                                                      Sep. 8

- Oppositions to Motions In Limine                                       Sep. 22

- Replies to Motions In Limine                                           Sep. 29

- Hearing on Motions In Limine                                           Week of Oct. 13

- Parties exchange proposed jury questionnaires and                      Oct. 6
  proposed jury instructions

- Objections to proposed jury questionnaires                             Oct. 20
  and proposed jury instructions

- Pretrial Conference                                                    Week of Nov. 17

- Venire Completes Questionnaire                                         Dec. 1[1]

- Individual Voir Dire Begins                                            Dec. 8

- Government provides Jencks/Giglio Materials                            Dec. 12
  (most of which will have already been produced)

---

[1] Due to the nature of this case and the publicity that it has received, the parties ask that the Court summon a Special Jury Panel (Jury Office requires at least 10-week notice) and that a jury questionnaire be used. The parties request that the Court summon a Special Jury Panel because many members of the venire may have already gleaned a significant amount of information about this case or have formed strong opinions, or both. Similarly, the parties believe that using a jury questionnaire is necessary in this case to ensure that an unbiased jury is selected, since this case involves a public figure and there has been significant media coverage.

The parties suggest that the venire complete the questionnaire on Dec. 1. This would allow time for the questionnaires to be copied and reviewed by the parties and afford the parties an opportunity to confer to determine if there are agreed upon "for cause" challenges, before individual voir dire begins on Dec. 8.

**2026**

- Trial Commences                                                                                                    Jan. 12

                              Respectfully submitted,

                              MATTHEW M. GRAVES
                              United States Attorney
                              D.C. Bar No. 481052

                              _____/s/_____
                              John Crabb Jr.
                              N.Y. Bar No. 2367670
                              Rebecca G. Ross
                              N.Y. Bar No. 5590666
                              601 D Street, N.W.
                              Washington, D.C. 20530
                              john.d.crabb@usdoj.gov
                              (202) 252-1794