**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **Crim. No.:  24-CR-406 (RC)** |
| | : | |
| | : | |
| **TRAYON WHITE, SR.** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## PARTIES' JOINT MOTION TO CANCEL STATUS HEARING

When the parties were last in court addressing the schedule for this matter, the Court scheduled a status hearing for January 25, 2025.  Inasmuch as the schedule for this matter has been finalized, the parties ask that the Court cancel the January 7, 2025 Status Conference.


Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


_____/s/_____
John Crabb Jr.
N.Y. Bar No. 2367670
Rebecca G. Ross
N.Y. Bar No. 5590666
601 D Street, N.W.
Washington, D.C. 20530
john.d.crabb@usdoj.gov
(202) 252-1794