UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No.:  24-CR-406 (RC) |
| | : | |
| **TRAYON WHITE, SR.** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Inasmuch as the schedule for this matter has been finalized, upon the parties' joint request; it is

**ORDERED** that the January 7, 2025 Status Conference currently scheduled in this matter is cancelled.

Date:                                      _____
                                           RUDOLPH CONTRERAS
                                           UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record