# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 24-CR-406 (RC) |
| v. | |
| **TRAYON WHITE, SR.** | |
| **Defendant.** | |

## UNITED STATES' MOTION FOR LEAVE TO LATE FILE

The United States of America, by and through the United States Attorney for the District of Columbia, hereby moves for leave to late file a Motion *in Limine* to admit self-authenticating exhibits pursuant to Federal Rule of Evidence 902. A copy of that exhibit is attached as Exhibit 1. The government was waiting to receive some certificates of authenticity before filing its motion. The government has now received those certificates and provided them to the defense. However, because the deadline for motions *in limine* has passed, the government is requesting permission to late file. The government reached out to defense to get its position. The defense indicates it takes no position on the motion for leave to late file.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/   Joshua Gold*
Joshua Gold (Tx Bar No. 24103101)
Rebecca G. Ross (NY Bar No. 5590666)
Assistant United States Attorney
601 D Street, NW
Washington, D.C.  20530
Tel: 202-252-4490

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TRAYON WHITE, SR.<br><br>Defendant. | Case No. 24-CR-406 (RC) |

### [PROPOSED] ORDER

Now before the Court is the government's Motion for Leave to Late File. Upon consideration, the motion is hereby GRANTED. The government may file its Motion *in Limine* to Admit Certain Evidence.

Date: _____

                              THE HONORABLE RUDOLPH CONTRERAS
                              UNITED STATES DISTRICT JUDGE