IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:24-cr-00406-RC |
| | ) | |
| Plaintiff, | ) | JUDGE RUDOLPH CONTRERAS |
| | ) | |
| vs. | ) | |
| | ) | **Current Defense Opposition to the** |
| TRAYON WHITE, SR., | ) | **Government's Motions Due Date at** |
| | ) | **Issue: January 14, 2026** |
| Defendant. | ) | |

### <u>UNOPPOSED</u> MOTION TO MODIFY SCHEDULING ORDER

The defendant, through counsel, W. Gary Kohlman, respectfully requests a modest adjustment in the scheduling order that will leave the dates for the Pretrial Conference and the Trial intact.

In support of this motion, counsel submits the following:

1. Undersigned counsel entered an appearance in this case on October 10, 2025. Since that date, counsel has assembled a defense team that includes IT specialists and a paralegal. That team has encountered several challenges in fully appreciating the scope of the massive discovery the government has made in this case. While the government has been cooperative in answering the technical IT questions the defense has had about the discovery, we are still in the process of fully digesting what has thus far been provided.

2. Separately, undersigned counsel became one of millions of Americans who became victim to this year's strain of influenza. For two solid weeks over the holidays counsel was incapacitated with the flu.

3. Those tales of woe said, we have proposed to the government an adjustment to the scheduling order that maintains the two most significant dates, the date of the pretrial

conference and the trial date.  An extension of time from January 14 to January 22 to file the defense opposition to the government's motions and file defense motions is essential is essential to the defense's ability to provide Mr. White with effective assistance of counsel. It is therefore proposed that the government's date to file an opposition to defendant's motions or any rebuttal to defendant's opposition to government's motions be February 7, 2026, an extension from January 30, 2026.

4. I consulted with the government on January 9th, 2026 and the government does not oppose this motion.

WHEREFORE, the defendant respectfully requests that this motion be granted.

Dated:  January 13, 2026                           Respectfully submitted,

*/s/   Warren Gary Kohlman*
Warren Gary Kohlman* (DC #177527)
1845 R Street Northwest
Washington, DC 20009
202-497-4468
Email: gwkohlman@gmail.com
* *Pro hac vice*

*Counsel For Defendant Trayon White, Sr.*

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on the 13th day of January 2026, this UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER was served via electronic mail on chambers, counsel of record and unrepresented defendants, by ECF/CM filing.

                              Respectfully submitted,

                              <u>/s/ *Warren Gary Kohlman*</u>

                              *Counsel For Defendant Trayon White, Sr.*