# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _Natalie Gillard____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by _Department of Youth Rehabilitation Services_ ("AGENCY"), and my title is _Chief Operating Officer_____. I am a custodian of records for AGENCY, and I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of AGENCY. The attached records consist of:

__DYRS grant award letter, grant award notice, and activities funded document.____
[GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)]

I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of AGENCY, and they were made by AGENCY as a regular practice; and

b. such records were generated by AGENCY's electronic process or system that produces an accurate result, to wit:

    1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of AGENCY in a manner to ensure that they are true duplicates of the original records; and

    2. the process or system is regularly verified by AGENCY, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

12/18/2025

Date                      Signature