**CERTIFICATE OF AUTHENTICITY**
**OF DATA COPIED FROM AN ELECTRONIC DEVICE, STORAGE MEDIUM,**
**OR FILE PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11), (13), AND (14)**

I, David A. Elias, attest and certify, under penalty of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

1. By reason of my position and specialized training, I am authorized to make this declaration as a "qualified person" under Rule 902(14) of the Federal Rules of Evidence. I have worked as a Special Agent of the Federal Bureau of Investigation ("FBI") for over 4 years. Beginning on or about May 2024, while working as a Special Agent, I trained to become certified as a Digital Extraction Technician (DExT).

2. As a Digital Extraction Technician (DExT), I have training and experience making verified images of a variety of digital devices, including mobile devices, without altering the data. I have completed training in mobile device training on the tools used for this case, and have successfully completed the FBI-sponsored Digital Extraction Technician Course as well as the CART Technician Course and Digital Evidence Handling for FBI First Responder Course. Additionally, I have successfully completed the required annual proficiency exams which test the ability to successfully create a verified image/extraction of an original evidence item. During the course of my career, as a DExT, I have completed approximately 43 examinations of mobile devices and completed successful extractions and images of those devices.

3. I am qualified to forensically extract and image cellular telephones, including iPhones and Android systems. I am qualified to authenticate the digital extraction referenced below because of my experience and training and because I had direct involvement in the creation of the digital extraction listed below:

| Description | Date of Extraction |
|---|---|
| Samsung Galaxy S25; IMEI: ███████ running iOS 16 | 1/15/2026 |

4. I acquired the After First Unlock (AFU) filesystem extraction of the device identified above on January 15, 2026, using specialized mobile device extraction hardware/software Cellebrite Inseyets. In my training and experience, this forensic software creates an accurate and reliable extraction of digital devices, and I have regularly relied on this tool to create accurate and reliable mobile device extractions in the past.

5. Furthermore, I know that the forensic extraction process completed for the device described above because the software expressly indicated that the extraction was successful. The extraction process is regularly verified by the FBI, and at all times pertinent to the records certified here, the examination process functioned properly and normally.

6. I personally completed the above-described extraction of the device as part of my regular employment with the FBI. The extraction completed successfully with no errors, and preserved the data from it, pursuant to established and regular FBI procedures for handling digital evidence.

7. After the AFU filesystem extraction for the device described above was acquired, I processed the extraction using the forensic software Magnet AXIOM, which generated a report of the extraction. That report contains true and accurate data extracted from the device described above.

8. I further state that this certification is intended to satisfy Rules 902(11), (13) and (14) of the Federal Rules of Evidence.

Signed: _____
Special Agent David Elias

Date: 1-23-26