## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 1:24-cr-00406-RC |
| ) | |
| Plaintiff, ) | JUDGE RUDOLPH CONTRERAS |
| ) | |
| vs. ) | |
| ) | |
| TRAYON WHITE, SR., ) | |
| ) | |
| Defendant. ) | |

**PROPOSED** ORDER GRANTING DEFENDANT'S MOTION IN LIMINE
TO PRECLUDE THE GOVERNMENT'S USE AT TRIAL
OF EVIDENCE OF PRIOR BAD ACTS UNDER 404(b) AND/OR
PREDISPOSITION EVIDENCE WHICH THE GOVERNMENT HAS NOT YET NOTICED

ORDERED, the Defendant's Motion in Limine to Preclude the Government's Use at Trial of Evidence of Prior Bad Acts Under 404(b) and/or Predisposition Evidence Which the Government Has Not Yet Noticed is GRANTED for the reasons stated in his motion. Therefore, the government may not include evidence listed below nor can it introduce anything else as 404(b) or predisposition evidence that the government may discover between now and trial. Prior bad acts not to be introduced include, but are not limited to, the following:

- Travel expenditures from CHS 1, which the Government referenced in the case agent's affidavit in support of its Complaint in this case (ECF No. 1-1) as CHS 1 "corruptly giving WHITE gifts including travel to the Dominican Republic and Las Vegas, Nevada";
- Campaign contributions from CHS 1;
- Bribes relating to contracting by the company "Intralot" belonging to CHS 1;
- Failures to comply with D.C. campaign finance law and disclosure requirements; and
- Undescribed acts under FBI investigation between September 2023 and January 2024.

_____

Hon. Rudolph Contreras
UNITED STATES DISTRICT JUDGE