### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 1:24-cr-00406-RC |
| ) | |
| Plaintiff, ) | JUDGE RUDOLPH CONTRERAS |
| ) | |
| vs. ) | |
| ) | |
| TRAYON WHITE, SR., ) | |
| ) | |
| Defendant. ) | |

### **PROPOSED** ORDER TO CONTINUE THE TRIAL DATE

Upon the defendant's motion, this Court on the _____ day of February, 2026, hereby modifies the trial date to June 8th, 2026.

_____

Hon. Rudolph Contreras
UNITED STATES DISTRICT JUDGE