**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **Crim. No.:  24-CR-406 (RC)** |
| | : | |
| | : | |
| **TRAYON WHITE, Sr.** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S MOTION TO FILE PLEADING UNDER SEAL**

The government requests leave to file under seal its supplement to its opposition to defendant's motion to continue trial, as the supplement contains personal identifiers of potential witnesses and third parties.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

_____
John Crabb Jr.
N.Y. Bar No. 2367670
Rebecca G. Ross
N.Y. Bar No. 5590666
601 D Street, N.W.
Washington, D.C. 20530
john.d.crabb@usdoj.gov
(202) 252-1794