UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | |
| **v.** : | **Crim. No.:  24-CR-406 (RC)** |
| : | |
| : | |
| **TRAYON WHITE, Sr.** : | |
| : | |
| : | |
| : | |
| **Defendant.** : | |

## ORDER

Based on the government's motion for leave to file under seal, the government may file under seal its supplement to defendant's motion to continue trial.

_____

Date:                                                                                  RUDOLPH CONTRRERAS
                                                                                              UNITED STATES DISTRICT JUDGE

cc:      Counsel of Record