IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:24-cr-00406-RC |
| | ) | |
| Plaintiff, | ) | JUDGE RUDOLPH CONTRERAS |
| | ) | |
| vs. | ) | |
| | ) | |
| TRAYON WHITE, SR., | ) | |
| | ) | |
| Defendant. | ) | |

### SUPPLEMENTAL MEMORANDUM
### IN SUPPORT OF TRAYON WHITE'S MOTION TO CONTINUE TRIAL

Undersigned counsel, W. Gary Kohlman, on behalf of Council Member Trayon White, respectfully submits this Supplemental Memorandum in support of his pending Motion to Continue Trial. (ECF 45.)

In support of this motion, counsel submits the following:

1. Pending before this Court is the defendant's Motion to Continue Trial. Argument on the motion was heard on Thursday, February 5, 2026, and the Court took the motion under advisement.

2. The basis for the motion is the fact that on January 21, 2026 and January 22, 2026, the Government produced for the first time (a) the results of a forensic examination of the phone of the Government's confidential informant, reflected in a 441-page report summarizing relevant communications found on the phone, and (b) a collection of law enforcement summaries and notes of interviews/meetings with the confidential informant.

3. At the February 5 hearing, the Government tendered to the Court a handful of documents totaling 6 pages and represented that those documents represented the entire universe of witness interview materials produced for the first time to the defense on January 21 and January 22.

4. The Government also represented that, in addition to the 441-page report, in late January it had produced from the phone scores of text messages and images exchanged between the confidential informant and Mr. White that had already been produced to the defense from other sources, including screenshots of texts that the confidential informant had provided to his government handlers. The Government undertook to make a comparison of the productions to confirm its understanding of these facts.

5. In its encrypted submission to chambers today, the Government has acknowledged that the 441-page report contains 318 new messages between the confidential informant and White that had not previously been produced. The data goes back as far as 2016, and includes many messages from the 2023-2024 period leading up to the commencement of the FBI undercover operation with the confidential informant on or about June 20, 2024.

6. Moreover, the Government admits that it was in error when it described a handful of pages that it handed to the Court as the total universe of new confidential informant interview/meeting documents produced on January 21 and January 22. The Government today has tendered five entirely new and different documents that it now admits were newly produced to the defense in a late January production. We believe

    that there were more brand-new interview materials than that -- we have counted at least seven distinct new documents of this kind.

7. In Summary, we believe that the Government's concessions today fully support our Motion to Continue the Trial.[1]

Dated:  February 9, 2026

Respectfully submitted,

*/s/   Warren Gary Kohlman*
Warren Gary Kohlman (D.C. Bar # 177527)
1845 R Street Northwest
Washington, DC 20009
202-497-4468
Email: gwkohlman@gmail.com

*Counsel For Defendant Trayon White, Sr.*

---

[1] In light of the scale of the newly-produced documents to which the Government now admits, the defense submits that its original request of a continuance of trial to early- to mid-June 2026 is appropriate.  Of course, there is in the new productions the potential for new (a) investigative leads, (b) needs for expert assistance, (c) motions and/or arguments in the pretrial motion practice, and (d) matters for inclusion in the defense portion of the parties' Joint Pre-Trial Statement now due on February 20, 2026.  Of course, the extent of all of this is not a mere function of the quantity of data produced in the belated January 2026 productions, as the defense has previously contended.  However, the Court should take note that the scale of the problem is now undoubtedly larger than it contemplated on February 5.

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of February 2026, this SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE TRIAL was served via electronic mail on chambers, counsel of record and unrepresented defendants, by ECF/CM filing.

Respectfully submitted,

/s/ *Warren Gary Kohlman*

*Counsel For Defendant Trayon White, Sr.*