## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **Crim. No.:  24-CR-406 (RC)** |
| | : | |
| | : | |
| **TRAYON WHITE, SR.** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S MOTION TO EXCLUDE TIME
## PURSUANT TO THE SPEEDY TRIAL ACT

On February 12, 2026, the parties appeared before this Court and this Court continued trial from March 23, 2026, to September 8, 2026. Undersigned counsel has conferred with counsel for Defendant Trayon White, Sr. and counsel has represented to undersigned counsel that he consents to the exclusion of time under the Speedy Trial Act until September 8, 2026.

The Speedy Trial Act allows for the exclusion of time from within which to proceed to trial based on a continuance granted by the Court on the Court's own motion, at the request of the defendant or at the request of the government, where the Court issues findings that "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Here, for the reasons discussed in detail at the February 12, 2026, hearing, exclusion of time under the Speedy Trial Act is warranted to allow for the continuity of counsel and effective preparation for trial. 18 U.S.C. § 3161(h)(7)(B)(iv). As such, with the consent of the defendant, the United States respectfully requests this Court issue a finding that the continuance of the trial date to September 8, 2026, constitutes excludable time under 18 U.S.C.§ 3161(h)(7) of the Speedy Trial Act.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY


/s/_____
Rebecca G. Ross
N.Y. Bar No. 5590666
John Crabb Jr.
N.Y. Bar No. 2367670
601 D Street, N.W.
Washington, D.C. 20530
john.d.crabb@usdoj.gov
(202) 252-1794

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **Crim. No.:  24-CR-406 (RC)** |
| | : | |
| | : | |
| **TRAYON WHITE, SR.** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**[Proposed] Order**

Now before the Court is the government's Motion to Exclude Time Pursuant to the Speedy Trial Act until September 8, 2026. Upon consideration, this Court finds that it is in the interest of justice, to allow for the continuity of counsel and effective preparation for trial, to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A)-(B) until September 8, 2026. The motion is hereby GRANTED.

Date: _____

_____
THE HONORABLE RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE