UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Crim. No.:  24-CR-406 (RC) |
| | : |
| TRAYON WHITE, SR. | : |
| | : |
| Defendant. | : |

**GOVERNMENT'S NOTICE TO CORRECT PRIOR FILING**

In the Government's Opposition to Defendant's Motion to Preclude Evidence, ECF No. 49, the Government provided the chart below summarizing the cash the Defendant spent at the MGM National Harbor Hotel & Casino in Oxon Hill, Maryland shortly after receiving each bribe payment.

| | BRIBE PAYMENTS | GAMBLING CHIPS PURCHASES[1] |
|---|---|---|
| 1 | 6/26/24 -- $15,000 | 6/27/24 -- $4,300 |
| 2 | 7/17/24 -- $5,000 | 7/18/24 -- $700 |
| 3 | 7/25/24 -- $10,000 | 7/25/24 -- $9,000 |
| 4 | 8/9/24 -- $5,000 | 8/9/24 -- $5,300 |

The Government is filing this notice to provide the slightly updated chart below, which more accurately describes the cash the Defendant spent at the MGM National Harbor Hotel & Casino in Oxon Hill, Maryland shortly after receiving each bribe payment.

1

| | BRIBE PAYMENTS | GAMBLING CHIPS PURCHASED |
|---|---|---|
| | 6/26/24 -- $15,000 | 6/27/24, 8:15:15am – 6/28/24, 5:55:44am $5,800 |
| | 7/17/24 -- $5,000 | 7/18/24, 4:57:09pm – 7/19/24, 5:59:12am $2,400 |
| | 7/25/24 -- $10,000 | 7/25/24, 9:54:08pm $9,000 |
| | 8/9/24 -- $5,000 | 8/9/24, 10:49:34pm $5,300 |

The Government maintains that this factual update does not impact the analytical framework that this Court must use to determine the admissibility of the Defendant's gambling records.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

/s/_____
Rebecca G. Ross
N.Y. Bar No. 5590666
John Crabb Jr.
N.Y. Bar No. 2367670
601 D Street, N.W.
Washington, D.C. 20530
john.d.crabb@usdoj.gov
(202) 252-1794