Filed with the Classified
Information Security Officer
CISO _____
Date _____07/27/2026_____

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
                                  :
          v.                      :          Crim. No.: 24-cr-406(RC)
                                  :          Filed *In Camera*, *Ex Parte*,
                                  :          **Under Seal**
TRAYON WHITE, SR.                 :
          Defendant.              :

## (U) PROTECTIVE ORDER PURSUANT TO
## CIPA SECTION 4 AND FED. R. CRIM. P. 16(d)(1)