# EXHIBIT A1

## GOVERNMENT'S PROPOSED JOINT PRETRIAL STATEMENT

This is a criminal case. The Defendant is Trayon White, Sr. He is charged with one count of bribery. It is alleged that Mr. White, while serving as a District of Columbia Councilmember, representing the District's eighth ward, accepted cash from his associate, Allieu Kamara. It is alleged that Mr. White agreed that in exchange for the cash he received from Mr. Kamara, he would use his official position as a councilmember to help extend the contracts Mr. Kamara's businesses had to perform work on behalf of the District of Columbia government in fiscal year 2024.  Mr. White is presumed innocent of this charge, and the Government bears the burden of proving Mr. White's guilt beyond a reasonable doubt.

# EXHIBIT A2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 24–CR-406** |
| v. | : | |
| | : | |
| **TRAYON WHITE, SR.,** | : | |
| | : | |
| Defendant. | : | |

**JOINT PRETRIAL STATEMENT[1]**

This is a criminal case. The Defendant is Trayon White, Sr. He is charged with one count of bribery. It is alleged that Mr. White, while serving as a District of Columbia Councilmember, representing the District's eighth ward, accepted cash from his associate, Allieu Kamara. Mr. Kamara was acting at that time as an informant at the direction of the government. It is alleged that Mr. White agreed, with a corrupt intent to obtain an illegal benefit, that in exchange for the cash he received from Mr. Kamara, he would use his official position as a councilmember in certain prohibited ways to help extend the contracts Mr. Kamara's businesses had to perform work on behalf of the District of Columbia government in fiscal year 2024. Mr. White has pled not guilty to the charge. Mr. White disputes that a crime was committed. Mr. White disputes, among other things, that he had corrupt intent, or that he agreed to act, or in fact acted, in the prohibited ways in exchange for the cash he received. Mr. White is presumed innocent of this charge, and the Government bears the burden of proving Mr. White's guilt beyond a reasonable doubt. Mr. White does not have to present a defense case to successfully maintain his innocence, but if he does, he may among other things try to prove that the government acted improperly in directing a sting operation against him, including doing so when Mr. White was not ready and willing to commit the offense of bribery already.

---

[1] Mr. White objects to the pretrial statement of the case only providing the government's allegations, and not Mr. White's likely defenses. Mr. White assumes the risk of being unable to prove at trial the statements he seeks to add.

**Deleted:**

**Formatted:** Footnote Text

# EXHIBIT A3

**Government Objections to the Defendant's Proposed Statement of the Case**

The Government objects to the Defendant's proposed edits to the Statement of the Case because it improperly injects argument and will confuse the jury.