# EXHIBIT B1

**Government's Anticipated Witness List**

- Lindsay Appiah

- Matthew Gano

- Allieu Kamara

- Patrick Martin

- Yasha Robinson

- Siona Slepoy

- Kwelli Sneed

- Nicole Streeter

- Anwar Walker

# EXHIBIT B2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Case No. 24-CR-406 (RC)** |
| **v.** | |
| **TRAYON WHITE, SR.** | |
| **Defendant.** | |

### DEFENSE ANTICIPATED WITNESS LIST

Witnesses the defense currently intends to call at trial are as follows:

1. Charles Moreland. Character witness for the pertinent trait of honesty.

2. Wanda Lockridge. Character witness for the pertinent trait of honesty.

3. RuQuan Brown. Character witness for the pertinent trait of honesty.

4. Wanda Glenn. Character witness for the pertinent trait of honesty.

5. The Reverend Donald Isaac. Character witness for the pertinent trait of honesty.

6. Maddie Grignon. Defense case agent/summary witness.