# EXHIBIT C1

Juror Number _____

**GOVERNMENT'S PROPOSED JURY QUESTIONS**

**PRELIMINARY MATTERS**

1.  Presentation of the evidence in this trial will last approximately two weeks.  The length of jury deliberations will be determined by the jury.  The typical trial day lasts from 9:30 a.m. to 5:00 p.m., with a lunch break from approximately 12:30 p.m. to 1:30 p.m., Monday through Thursday.  If there is any reason why you are not available for service during this period, explain your reason in detail.

    _____
    _____
    _____
    _____
    _____

2.  Is English your first Language? Yes _____ No _____

3.  Other than English, what languages do you speak? _____

4.  Are you able to read, write and understand the English language?

    Yes _____    With Difficulty _____    No _____

5.  Do you feel that you are able to complete this questionnaire without another's assistance?

    Yes _____    No _____

    IF YOUR ANSWER TO QUESTION 5 IS "NO," THEN PLEASE COMPLETE THE CERTIFICATION ON THE LAST PAGE AND RETURN THE QUESTIONNAIRE WITHOUT ANSWERING ANY ADDITIONAL QUESTIONS.

6.  Do you have any moral, religious, or ethical beliefs that prevent you from sitting in judgment of another person?   If yes, please explain.

    _____
    _____

7.  Do you have any physical or medical condition that would make it unusually difficult for you to serve as a juror in this case or to sit for long periods of time without a break?  If yes, please explain.

    _____
    _____

8.  Are you currently taking any medication on a regular basis which would interfere with your ability to serve as a juror in this case?  If yes, please explain.

    _____
    _____

Juror Number _____

Juror Number _____

9.  What is the condition of your hearing?

     ___ No problems at all
     ___ Have difficulty hearing
     ___ Have problems, but they are corrected with hearing aid

10. What is the condition of your eyesight?

     ___ No problems at all
     ___ Have difficulty seeing
     ___ Have problems, but they are corrected by glasses or contact lenses

11. Will you be paid by your employer (or otherwise be able to earn a living) while serving on jury duty? Yes _____    No _____    Don't Know _____    N/A _____

If no, will that be an economic hardship?  If it will be a hardship, please explain:

_____

_____

12. Do you rely on overtime or are you paid by commission?  Yes _____    No _____

If yes, will loss of income from overtime pay or commission be an economic hardship?
Yes _____    No _____

If it will be a hardship, please explain:

_____

_____

13. Are you a full time or part time college student who would be enrolled in classes during the three-week period beginning September 14, 2026?  If yes, please explain and give the time of day your classes meet.

_____

_____

14. Prior to today, have you asked to be excused from this jury panel?  If yes, on what basis?

_____

_____

15. Do you have any personal, professional, or financial obligations that would prevent you from giving your full attention or prevent you from being present in court for the duration of the trial?  If yes, please explain.

_____

_____

Juror Number _____

16. Is there anything about you that you think Judge Contreras should know which you think might influence your ability to sit as a juror in this case?  If yes, please explain.

   _____

   _____

Juror Number _____

## BACKGROUND INFORMATION

17. What is your date of birth? _____  Age? _____

18. Where were you born?

_____

19. What is your marital status? (Check all that apply.)

Single and never married_____
Married _____ (# of years: _____)
Separated _____ (# of years: _____)
Divorced _____ (# of years: _____)
Divorced and remarried _____ (# of years: _____)
Living with significant other (domestic partner) _____ (# of years: _____)
Widow or Widower _____ (# of years: _____)

[Note: If living with someone, please provide information about your "significant other" or "domestic partner" on every question where information is requested about a "spouse."]

_____

20. What quadrant of the city do you live in?  N.E. ____    S.E. ____    S.W. ____    N.W. _

21. What Ward do you live in?  _____

22. What is your neighborhood called? (e.g. Shaw, Adams Morgan, Trinidad)

_____

23. How long have you lived in Washington, D.C.? _____

24. In what other cities, towns, or areas have you maintained your residence?

_____
_____

25. Do you: Own _____    Rent _____    Live with relatives/friends _____

26. How many people live in your household? _____

Juror Number _____

If persons other than your spouse and children live with you, describe their relationship to you, if any:

_____

_____

Juror Number _____

## EMPLOYMENT AND EDUCATION

27. What is your occupational status? (Check all that apply.)

   Work full-time outside the home _____
   Work part-time outside the home _____
   Full-time homemaker _____
   Homemaker with part-time employment _____
   Volunteer full-time with charitable organization _____
   Volunteer part-time with charitable organization _____
   Unemployed – looking for work _____
   Unemployed – not looking for work _____
   Full-time student _____
   Part-time student _____
   Retired _____
   Disabled _____
   Other (please specify) _____

28. If you are a student (full or part-time), please describe your area of study:

   _____
   _____

29. If you are currently employed, please state your current occupation, name of your employer, town or city in which you work, job title and primary responsibilities:

   _____
   _____

30. If you are currently employed, how long have you worked for your current employer?

   _____

31. If you are currently employed, do you supervise others at your place of employment?

   Yes _____ No _____

   If yes, how many people do you supervise? _____

32. Are you self-employed?

   Yes _____ No _____

33. If you are currently employed, do you own any portion of the business at which you work?

   Yes _____ No _____

34. List all prior jobs or occupations held in the past twenty years.

Juror Number _____

| JOB/EMPLOYER/DUTIES | DATES | REASON FOR LEAVING |
|---|---|---|

35. Have you ever been fired from any job?

Yes _____ No _____

If yes, please explain the circumstances.

36. What is your spouse's occupational status? (Check all that apply.)

Work full-time outside the home _____
Work part-time outside the home _____
Full-time homemaker _____
Homemaker with part-time employment _____
Volunteer full-time with charitable organization _____
Volunteer part-time with charitable organization _____
Unemployed – looking for work _____
Unemployed – not looking for work _____
Full-time student _____
Part-time student _____
Retired _____
Disabled _____
Other (please specify) _____

9

Juror Number _____

37. Describe your spouse's current occupation, employer, primary responsibilities and length of employment.

_____

_____

38. If your spouse has been employed for less than five years, provide his or her previous job or occupation.

_____

_____

39. Does anyone else in your household work outside the home?

Yes _____    No _____

If yes provide the nature of the relationship and the type of work he or she does.

_____

_____

40. Are you, your spouse or any family member a vendor, contractor or subcontractor for the United States Government or do you or they work for a vendor, contractor or subcontractor for the United States Government?

Yes _____    No _____

If yes, please explain:

_____

_____

41. Do you have children, stepchildren or grandchildren?

Yes _____    No _____

If the answer is yes, for each child please state (a) gender (b) age (c) education level (d) type of school last attended: public, private, or religious (e) occupation, if any and (f)  if the child is a minor, who he or she lives with.

| GENDER | AGE | EDUCATION | SCHOOL/OR OCCUPATION | If Minor child, who does he/she live with? |
|---|---|---|---|---|
| _____ | ____ | _____ | _____ | _____ |
| _____ | ____ | _____ | _____ | _____ |
| _____ | ____ | _____ | _____ | _____ |
| _____ | ____ | _____ | _____ | _____ |
| _____ | ____ | _____ | _____ | _____ |

42. Check the highest level of education attained by you and your spouse.

10

Juror Number _____

|  | You | Spouse |
|---|---|---|
| Grade school or less | _____ | _____ |
| Some high school | _____ | _____ |
| High school graduate | _____ | _____ |
| Technical or business school | _____ | _____ |
| Some college | _____ | _____ |
| 2-year college degree | _____ | _____ |
| 4-year college degree | _____ | _____ |
| Post-graduate study – no degree | _____ | _____ |
| Graduate degree | _____ | _____ |

43. If you have any education or training beyond high school, please provide the following:

College or school:_____

Major area(s) of study:_____

Degrees or certificates:_____

44. Check to indicate whether you or your spouse (significant other, domestic partner) has taken any courses, received any training, or sought or obtained employment, in any of the following fields:

|  | You | Spouse |
|---|---|---|
| Law/Paralegal/Legal Field | _____ | _____ |
| Criminal Justice/Law Enforcement | _____ | _____ |
| Security/Intelligence | _____ | _____ |
| Private Investigations | _____ | _____ |
| Corrections/Jail/Prisons | _____ | _____ |
| Firefighting/Rescue Squad/EMT | _____ | _____ |
| Military History/Tactics | _____ | _____ |
| Religion/Ethics/Philosophy | _____ | _____ |
| Journalism/Media/Communications | _____ | _____ |
| Video and Surveillance Technology | _____ | _____ |
| Psychology/Psychiatry/Mental Health | _____ | _____ |

For any item checked, please describe the training, or employment:

_____

_____

_____

_____

11

Juror Number _____

## ORGANIZATIONAL AFFILIATIONS AND ACTIVITIES

45. Are you currently or have you ever been a member or regular participant in any civic, social, union, professional, business, fraternal, recreation or other community groups or organizations?

Yes _____  No_____

If yes, please list the names of those groups or organizations and when the membership was.
_____
_____

46. Have you ever held office in any such group or organization?

Yes _____ No _____

If yes, what office and for how long?
_____
_____

47. Have you ever donated money, goods, and your time or otherwise volunteered to work for any charitable cause or organization?

Yes _____ No _____

If yes, please describe the purpose of those organizations:
_____
_____

48. What are your hobbies, recreational, leisure or spare time activities?
_____
_____

49. Do you have any bumper stickers or decals on your vehicle?

Yes _____ No _____

If yes, please explain:
_____
_____

50. How would you characterize yourself: (check one)
51.
   Leader _____        Follower _____   Team Player _____   Disrupter _____   Loner _____

52. How often do you seek out positions of leadership at work or in other groups?

Juror Number _____

Always_____  Often _____   Sometimes _____   Seldom _____ Never _____

53. Have you or any member of your family ever attended a meeting, sponsored an effort, or supported any group that deals with victims' rights or with the reform of any laws?

Yes _____ No _____

If yes, please explain:

_____

_____

54. Are you a registered voter?  Yes _____ No _____

55. If yes, do you vote regularly? Yes _____ No _____

56. Other than as a voter, are you now or have you ever been actively involved in politics?

Yes _____ No _____

If yes, please describe:

_____

_____

57. Have you or any family members or close friends ever run for elected office?

Yes _____   No _____

If yes, please explain:

_____

_____

_____

_____

58.  Have you, a family member, or a close friend ever been employed by or had any association or connection with the Council of the District of Columbia?

Yes _____   No _____

If yes please explain:

_____

_____

Juror Number _____

_____

_____

59. Have you, a family member, or a close friend ever worked on a campaign for the Council the District of Columbia?

Yes _____        No _____

If yes, please explain:

_____
_____
_____
_____

60. Do you or your spouse belong to or are you associated with or do you contribute money to any political action committee, think tank or public policy group?

Yes ___ No ___

If yes, please explain:

_____
_____

14

Juror Number _____

## PRIOR JURY SERVICE

61. Have you ever served on a grand jury? Yes _____ No _____

If the answer is yes, please provide the location and dates of grand jury service:

_____
_____

If yes, is there anything about that service that could affect your ability to serve as a juror in this case?

_____

_____

_____

If yes, is there anything about that service that affected your view of the United States Attorneys Office or Assistant United States Attorneys?

_____

_____

_____

_____

62. Have you ever served on a jury in a trial?
Yes _____ No _____

If yes, how many times have you served as a juror? _____

For each jury service, please indicate:

| Year | Federal or State | Civil or Criminal | Charge or Type of Case | Verdict Reached |
|------|------------------|-------------------|------------------------|-----------------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

63. Have you ever served as a jury foreperson?

15

Juror Number _____

Yes _____ No _____

If yes, how many times? _____

64. Was there anything about your jury service that left you disappointed or dissatisfied with the court or criminal justice systems?

Yes _____ No _____    Not applicable _____

If yes, please explain:

_____
_____

65. Is there anything about your previous experience as a juror that would make you want to serve or not serve on a jury again?

Yes ____ No ____

If yes, please explain:

_____
_____

66. Please check all that apply to your juror service experience, if any:

| | | | |
|---|---|---|---|
| Civic Duty | ____ | Unimportant | ____ |
| Kept Waiting | ____ | Important | ____ |
| Boring | ____ | Don't Know | ____ |
| Interesting | ____ | No Opinion | ____ |
| Other | ____ | | |

67. Do you know any of the other jurors who have been called for jury service in this case?

Yes _____ No _____

If yes, which jurors?

_____
_____

68. Since you received your jury summons, did you do any research, online or other, about this case or the parties involved?

Yes _____ No _____

If yes, please describe:

_____
_____

Juror Number _____

## MILITARY SERVICE

69. Have you or any close family member ever served in the armed forces?

Yes _____ No _____

If yes, please respond to the following both as to yourself and to your close family members:

|  | You | Family Members |
|---|---|---|
| Branch and highest rank: | _____ | _____ |
| Dates of service: | _____ | _____ |
| Duties: | _____ | _____ |
| Place of service: | _____ | _____ |
| Type of discharge: | _____ | _____ |
| Ever served on a court martial? | _____ | _____ |
| Ever served in intelligence? | _____ | _____ |

70. Were you ever involved in any way in the investigation, prosecution, or defense of anyone subject to a court-martial?

Yes _____ No _____

If yes, please explain:

_____
_____

If yes, please explain who (in relation to you), where, when and the circumstances:

_____
_____

17

Juror Number _____

**MEDIA EXPOSURE**

71. What are your primary sources for local and national news and information?

(Check all that apply)

Newspapers (including online) _____    TV/cable _____    Internet _____    Blogs/websites _____
Social Media _____    Radio ___    News magazines _____    Word of mouth/conversations _____
Other sources (specify) _____    Do not follow local or national news _____

72. Do you regularly watch TV news?

Yes ____ No ____

If yes, how often and which TV stations/news programs do you watch:

_____

_____

73. Do you regularly read a newspaper (including on-line)?

Yes ____ No ____

If yes, how often and which newspapers do you read:

_____

_____

74. Have you ever written to an editorial page of a newspaper?

Yes ____ No ____

If yes, what did you write about:

_____

_____

75. Do you regularly get your news from websites or news blogs?

Yes ____ No ____

If yes, how often and which websites or news blogs do you view:

_____

_____

76. Do you ever listen to political commentators on TV or talk radio?

Yes ____ No ____

Juror Number _____

If yes, please list the commentators you listen to:

_____

_____

77. Do you have an account or profile on any social media networking website (Facebook, Twitter, Instagram, LinkedIn, etc.)?

Yes _____    No _____

If yes, please check the sites on which you have accounts or profiles (check all that apply):

Facebook _____    Twitter _____ LinkedIn _____ Instagram _____ YouTube _____
Pinterest _____ Tumblr _____    Snapchat _____ Reddit _____ Kik ___ Periscope _____
Tinder _____ WhatsApp _____    Telegram _____Viber _____
Other: (specify) _____

78. Please indicate how often you use any form of social media (check one):

Several times a day__   Daily__   Several times a week__ Weekly__   Rarely__ Never__

79. Do you regularly watch any law, law enforcement, crime or court related TV shows?

Yes _____ No _____

If yes, which shows?

_____

_____

80. Have you ever been interested in the outcome or followed the media or press accounts of any criminal cases?

Yes _____ No _____

If yes, please explain:

_____

_____

81. How closely have you followed media reports relating to public corruption cases or topics?

Very Closely _____ Somewhat Closely _____ Not too closely _____ Not at all _____

Please explain your answer:

_____

_____

_____

19

Juror Number _____

82. Have you ever followed media coverage of any criminal cases involving criminal prosecutions of people charged with public corruption?

Yes _____ No _____

If yes, please explain:

_____
_____

Have you written or posted anything for public consumption about Mr. White specifically or about this case generally?  ("for public consumption" includes blog post, article, or post on internet cites that are accessible to the general public)

Yes _____          No _____

If yes, please describe when and where you posted and the gist of your post:

_____
_____
_____
_____
_____

83. There is likely to be media coverage of this case.  To assure that the decision of jury in this case is not based upon influences outside the courtroom, Judge Contreras will instruct the jury that you must avoid reading about the case in the newspapers or listening to any radio or television reports concerning this case including news coverage or communications on the internet or social media.  You may not discuss or communicate about this case with your family, friends or co-workers or anyone else including on the internet or social media. Also, until you retire to deliberate, you may not communicate about this case with your fellow jurors.  Will you be able to follow these restrictions?

Yes _____ No _____

If no, please explain.

_____
_____

20

Juror Number _____

## KNOWLEDGE OF TRIAL PARTICIPANTS AND THE CASE

The charges in this case arise out events that occurred in Washington, D.C., in the summer and fall of 2024.  There is nothing wrong with having heard or read something about this case.  It is important that you truthfully and fully answer the following questions concerning your knowledge about the case and trial participants.

84. The judge who will preside over this case is The Honorable Rudolph Contreras of the United States District Court for the District of Columbia.  Do you or anyone close to you know or have any connection with Judge Contreras or any of his staff?

Yes _____ No _____

If yes, please explain:

_____

_____

85. In this case, the government will be represented by the following Assistant United States Attorneys.  They work at 601 D Street, N.W., Washington, D.C.  Do you know, or have you had any social or professional contact with either of them, or any member of their staff?

John Crabb, Jr.              Yes _____    No _____
Rebecca Ross                 Yes _____    No _____
Liliana Villamizar (paralegal) Yes _____    No _____

If yes, please explain:

_____

_____

86. In this case, the defendant will be represented by @@@@  Do you know, or have you had any social or professional contact with any of them, or any member of their staff?

@@@                          Yes _____    No _____
@@@                          Yes _____    No _____

If yes, please explain:

_____

_____

87. The defendant in this case is Trayon White, Sr., who is a resident of Washington, D.C., and a member of the Council of the District of Columbia.  Do you, any member of your family or close personal friends know, or have any connection with Mr. White or any of his family members?

21

Juror Number _____

Yes _____ No _____

If yes, please explain:

_____
_____

88. A list is attached at the end of this questionnaire containing the names of people who may either be witnesses in the case or who may be discussed during the trial.  Please review the list and identify any names that you recognize.

_____
_____
_____

89. Do you or any member of your family work for, or have any connection with any of the following businesses or organizations or locations that may be mentioned in connection with this case:

| | | |
|---|---|---|
| Office of Neighborhood Safety and Engagement | Yes _____ | No _____ |
| Violence Interrupters | Yes _____ | No _____ |
| Department of Youth and Rehabilitation Services | Yes _____ | No _____ |
| Credible Messengers | Yes _____ | No _____ |
| Life Deeds | Yes _____ | No _____ |
| District Services Management | Yes _____ | No _____ |

If yes, please explain:

_____
_____

90. Did you, any family member or close personal friend attend, view or listen to any portion of the Council of the District of Columbia's hearing regarding this matter?  Or read anything about the hearing?

Yes _____ No _____

If yes, please explain.

_____
_____
_____

Juror Number _____

91. What have you read, seen or heard about this case?

_____
_____
_____
_____
_____
_____
_____

92. Have you seen any movies, videos, or documentaries, or read any books, reports or scholarly articles specifically related to this case?

Yes _____    No _____

If yes, please describe.

_____
_____

93. Have you discussed this matter with family members, friends or co-workers, or overheard any discussion about these events?

Yes _____    No _____

If yes, please describe.

_____
_____

94. Have you heard or overheard others express any opinion about this case, Mr. White, or the prosecutors?

Yes _____    No _____

If yes, please describe.

_____
_____

95. Have you previously formed or expressed any opinion(s) about any aspect of this matter or any of the parties to this matter?

Yes _____    No _____

Juror Number _____

If yes, please describe.

_____

_____

(a)  Is this an opinion you hold today?
    Yes _____    No _____    Unsure _____

96. Have you heard about or read about any statement(s) made by or attributed to Mr. White?

Yes ____ No ____

If yes, please explain:

_____

_____

97. Have you formed or expressed any opinion about Mr. White or the charges in this case?

Yes ____ No ____

If yes, what opinions have you formed or expressed?

_____

_____

98. Do you presently hold any opinion about Mr. White or about his innocence or guilt of the charges in this case?

Yes ____ No ____

Please explain:

_____

_____

99. This case is being prosecuted by the United States Attorney's Office for the District of Columbia, which is part of the Department of Justice.  Is there anything about the fact that the United States Attorney's Office and the Department of Justice is involved in this case that could affect your ability to be fair and impartial in this case?
Yes ____ No ____

If yes, please explain:

_____

_____

100.   Is there anything about this case, the issues, and/or the people involved in this case or any other reason you could not be completely fair to the U.S. Government in this case?

24

Juror Number _____

Yes ____ No ____

If yes, please explain:

_____
_____

101.    Is there anything about this case, the issues, and/or the people involved in this case or any other reason you could not be completely fair to the defendant, Trayon White, Sr., in this case?

Yes ____ No ____

If yes, please explain:

_____
_____

102.    Based on what you know about this case thus far, do you have any personal opinion about this defendant's guilt?

       ____ Probably Not Guilty
       ____ Definitely Not Guilty
       ____ Probably Guilty
       ____ Definitely Guilty
       ____ Unsure

Juror Number _____

## EMPLOYMENT WITH LAW, LAW ENFORCEMENT & THE COURTS

103.	Have you, a family member, or anyone close to you ever worked in any aspect of the legal field as a lawyer, prosecutor, criminal defense attorney, legal secretary, paralegal, court reporter, investigator, law clerk, judge, etc.?

Yes _____ No _____

If yes, please explain:

_____

_____

104.	Check to indicate whether you, a member of your family, or a close friend, have ever applied for employment with, were employed by, or received training by any local, state, or federal law enforcement agency, including the following:

Department of Justice     (DOJ)                     Yes _____ No _____
Federal Bureau of Investigation (FBI)              Yes _____ No _____
U.S. Attorney's Office                             Yes _____ No _____
Bureau of Alcohol, Tobacco, Firearms (ATF)        Yes _____ No _____
Internal Revenue Service (IRS)                     Yes _____ No _____
Department of Homeland Security (DHS)              Yes _____ No _____
U.S. Marshall's Service                            Yes _____ No _____
U.S. Immigrations & Customs Enforcement (ICE)     Yes _____ No _____
U.S. State Department                              Yes _____ No _____
U.S. Bureau of Prisons (BOP)                       Yes _____ No _____
U.S. Secret Service                                Yes _____ No _____
Immigration Customs Enforcement (ICE)             Yes _____ No _____

If yes to any of the above, please explain who (in relation to you), agency, when and for how long, position or involvement:

_____

_____

105.	Have you, any family member or close friend ever worked for, applied to or had training with any state or local law enforcement agency? (This would include prison, jail, detention center, probation services, a United States Attorney's office, city or county attorney's office, Attorney General, special prosecutor, court or courthouse.)

Yes _____ No _____

If yes, please explain who (in relation to you), agency, when and for how long, position or involvement.

_____

_____

Juror Number _____

106.  Do you know anyone who works in a federal courthouse or federal building?

Yes ____ No ____

If yes, please explain:

_____

_____

107.  Several witnesses in this case will be law enforcement officers.  Under the law, the testimony of a law enforcement officer is to receive no greater or no lesser consideration simply because that witness is a law enforcement officer. Regardless of the law would you nonetheless tend to either believe or disbelieve the testimony of a law enforcement officer over the testimony of any other witness?

Yes ____ No ____

If yes, please explain:

_____

_____

108.  There will be testimony from several agents from the Federal Bureau of Investigation (FBI).  Some people think that FBI agents are less likely to make mistakes than other witnesses; other people think that FBI agents are just as likely to make mistakes as anyone else.  What do you think about this?

Less Likely _____        Just as Likely _____        Not Sure _____

Please explain:

_____

_____

109.  Do you have any opinions or beliefs concerning law enforcement in general, including the Federal Bureau of Investigation (FBI) or the Department of Justice, that would affect your ability to evaluate the evidence fairly and impartially?

Yes ____ No ____

If yes, please explain:

_____

_____

Juror Number _____

## EXPERIENCE WITH CRIME & VIOLENCE

110.    Have you, any family member or any personal friend ever been the victim of a crime of violence, reported or not?

Yes _____    No _____

If yes, for each incident please provide the following information: type of crime, who (you or relationship to you), when the crime occurred, whether anyone was arrested, and if so, the outcome of the case.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

111.    Have you, any members of your family, or any of your close friends ever been a witness to a crime, whether or not it was reported to the police?

Yes _____    No _____

If yes, please explain.

_____
_____
_____
_____
_____
_____

112.    Have you or has a family member or close friend ever been subpoenaed to be a witness, or testified as a witness in any court proceeding or criminal case?

Yes _____    No _____

If yes, please explain.

_____
_____

113.    Have you, a family member or close friend ever been arrested, charged, prosecuted or convicted of any crime other than a traffic ticket?

28

Juror Number _____

Yes ____ No _____

If yes, please explain who (in relation to you) when and what happened.

_____
_____
_____
_____
_____
_____

114. Have you, a family member or close friend ever hired an attorney in connection with any alleged crime or criminal investigation?

Yes ____ No _____

If yes, please explain:

_____
_____

115. Have you or anyone close to you ever been falsely accused of a crime?

Yes ____ No ____

If yes, please explain:

_____
_____
_____
_____
_____
_____

116. Have you or a member of your family or anyone close to you been involved in any legal action or dispute with the United States or any of its agencies or any office, agents or employees of the United States?

Yes ____ No _____

If yes, please explain:

_____
_____

117. Do you have or have you ever had a close friend or family member incarcerated in any prison or jail?

Yes ____ No _____

29

Juror Number _____

If yes, please explain:

_____

_____

118.    Have you ever visited a jail, prison or penitentiary for any reason?

Yes _____    No _____

If yes, please list the facility and explain the circumstances of your visit(s):

_____

_____

Juror Number _____

**BELIEFS ABOUT THE CRIMINAL JUSTICE SYSTEM**

119.  Describe any strong opinions you may hold about our criminal justice system.

_____

_____

120.  Describe your general opinions about the following categories of participants in the criminal justice system:

Law Enforcement Officers.

_____

_____

Prosecuting Attorneys.

_____

_____

Defense Attorneys.

_____

_____

121.  Do you feel that the criminal justice system generally treats criminals too harshly, about right or too leniently?   (Check one)

Too Hard _____      About Right _____      Too Lenient _____

122.  In a criminal trial if the accused person does not testify or tell his side of the story, do you feel he is more likely guilty?

Yes _____      No _____

123.  Do you believe that "proof beyond a reasonable doubt" is too heavy a burden for the prosecution to have to meet in a criminal trial?

Yes _____      No _____

Juror Number _____

124.    The charge in this case involves bribery of a public official.  Is there anything about the nature of the charge that would affect your ability to serve as a juror in this matter?  Is there anything about the nature of the charge that would affect your ability to be fair to both the government and the defendant in this matter?

Yes _____    No ____

If yes, please explain:

_____

_____

_____

Juror Number _____

## LEGAL PRINCIPLES

125.    An indictment is not evidence. It is a document that sets forth the charges made against the defendant; it is an accusation.  It may not be considered as any evidence whatsoever of any defendant's guilt.  Will you be able to follow this rule of law?

Yes _____ No _____

If no, please explain:
_____
_____

126.    The defendant is presumed innocent and cannot be found guilty unless the jury, unanimously and based solely on the evidence in this case, finds that the government has proven his guilt beyond a reasonable doubt. The burden of proving guilt rests entirely with the government.  The defendant is not required to prove his innocence.  Can you adhere to and follow this principle of law?

Yes _____     No _____

If no, please explain:
_____
_____

127.    Under the law, a person who is charged with a crime is presumed to be innocent.  How difficult would it be for you to presume that a person who is charged with bribery is innocent?  (Check one)

Very Difficult _____                    Somewhat Difficult _____
Not Too Difficult _____                 Not Difficult At All _____

Please explain:
_____
_____

128.    The United States has the burden of proving its case beyond a reasonable doubt.  If the United States proves the defendant's guilt beyond a reasonable doubt, the defendant must be found guilty. Can you follow and apply this principle of law?

Yes _____ No _____

If no, please explain:
_____
_____

Juror Number _____

129.   The United States has the burden of proving its case beyond a reasonable doubt.  If the United States fails to prove the defendant's guilt beyond a reasonable doubt, the defendant must be found not guilty. Can you follow and apply this principle of law?

Yes _____ No _____

If no, please explain:

_____

_____

130.   In this case, there will be testimony from a cooperating witness – that is a witness who had a pending case and agreed to plead guilty and cooperate with the government.  Do you oppose this practice?

Yes _____         No _____

If yes, please explain:

_____

_____

_____

_____

131.   Would you be able to listen to the cooperating witness's testimony and evaluate it as instructed by Judge Contreras?  Or would you automatically reject such a witness's testimony?

Please explain:

_____

_____

_____

_____

132.   The United States has the burden of proving its case beyond a reasonable doubt. If the United States proves the defendant's guilt beyond a reasonable doubt, the defendant must be found guilty. If the United States proves the defendant's guilt beyond a reasonable doubt, how difficult would it be for you to return a guilty verdict?

Very Difficult _____                Somewhat Difficult _____
Not Too Difficult _____             Not Difficult At All _____

Please explain:

_____

_____

133.   Under the law, a defendant accused of a crime does not have to testify in his or her

Juror Number _____

134.    defense. If a defendant does not testify, the jury may not consider that fact in any way in deciding whether a defendant is guilty. Can you follow and apply this principle of law?

Yes _____            No _____

If no, please explain:

_____
_____

135.    Jurors are the sole judges of the facts.  However, the jury must follow the principles of law as instructed by the judge.  The jury may not follow some rules of law and ignore others. Even if the jury disagrees or dislikes the rules of law or does not understand the reasons for some of the rules, it is their duty to follow them.  Do you have any personal beliefs that would make it difficult to follow Judge Contreras's legal instructions, whatever they may be?

Yes _____ No _____

If yes, please explain:

_____
_____

136.    Does anything about the nature of the charges in this case themselves cause you to doubt your ability to serve as a juror in this case?

Yes _____ No _____

If yes, please explain:

_____
_____

Juror Number _____

**CONCLUDING QUESTIONS**

137.    If you were selected to serve on this jury, would you consider and respect the view of other jurors even if their views differed from yours, in accordance with Judge Contreras's instructions?

Yes ____ No ____

138.    If, during the course of jury deliberations, a fellow juror should suggest that you disregard the law or the evidence and decide the case on other grounds, would you, as a juror, be able to reject that suggestion and abide by your oath to this court to decide the case solely on the evidence and law as the court has instructed you to do, without regard to sympathy, bias or prejudice?

Yes ____ No ___

139.    If, during the course of jury deliberations, you learned that a fellow juror had violated Judge Contreras's instructions would you report that conduct to the Court?

Yes ___ No ____

140.    Do you have any personal reason for wanting to serve as a juror in this case, or any personal interest in the outcome of the case?

Yes ____ No ___

If yes, please explain:

_____

_____

141.    If you are selected to serve as a juror on this case, would you be concerned about reactions to your verdict by any other individual, group or media organization?

Yes ____ No ___

If yes, please explain:

_____

_____

142.    Is there any matter not covered by this questionnaire that you think the attorneys or Judge Contreras might want to know about you when considering you as a juror in this case?

Yes ____ No _____

If yes, please explain:

Juror Number _____

_____

_____

143.    Is there anything you prefer to discuss privately with Judge Contreras?

Yes _____ No_____

If yes, please indicate here the number(s) of the question or questions that concern you:

_____

_____

144.    Were there any questions you did not understand?

Yes _____ No _____

If yes, please explain:

_____

_____

145.    Is there anything about the subject matter of this case, or the points covered in this questionnaire, which creates a question in your mind as to whether you could be a fair, objective, and impartial juror in this particular case?

Yes _____ No _____

If yes, please explain:

_____

_____

146.    As a result of filling out this questionnaire have you now formed an opinion about the defendant or the case?

Yes _____ No _____

If yes, please explain.

_____

_____

Juror Number _____

## CERTIFICATION

By signing below, I hereby declare under penalty of perjury that all of the answers to the above questions are true and correct to the best of my knowledge and belief.  I have not discussed my answers with others, or received assistance in completing the questionnaire.  I have answered all of the above questions myself.

_____          _____          _____
    Signature                    Print your name here                    Date

Juror Number _____

Juror Number _____

PLEASE USE THE FOLLOWING PAGES TO CONTINUE ANY OF YOUR ANSWERS.
PLEASE INCLUDE THE QUESTION NUMBER NEXT TO EACH RESPONSE.

Juror Number _____

PLEASE USE THE FOLLOWING PAGES TO CONTINUE ANY OF YOUR ANSWERS.
PLEASE INCLUDE THE QUESTION NUMBER NEXT TO EACH RESPONSE.

Juror Number _____

Juror Number _____

PLEASE USE THE FOLLOWING PAGES TO CONTINUE ANY OF YOUR ANSWERS.
PLEASE INCLUDE THE QUESTION NUMBER NEXT TO EACH RESPONSE.

Juror Number _____

**ATTACHMENT A**

The following people may either be witnesses in this case or who may be discussed during the trial. Please review the list and identify any names that you recognize.

| | | |
|---|---|---|
| Lindsay Appiah | Yes ____ | No ____ |
| Michael Biscardi | Yes ____ | No ____ |
| Charles Evans | Yes ____ | No ____ |
| Matthew Gano | Yes ____ | No ____ |
| Allieu Kamara | Yes ____ | No ____ |
| Patrick Martin | Yes ____ | No ____ |
| Yasha Robinson | Yes ____ | No ____ |
| Siona Slepoy | Yes ____ | No ____ |
| Kwelli Sneed | Yes ____ | No ____ |
| Anwar Walker | Yes ____ | No ____ |

Juror Number _____

# EXHIBIT C2

Juror Number _____

**PRELIMINARY MATTERS**

1.  Presentation of the evidence in this trial will last approximately two weeks.  The length of jury deliberations will be determined by the jury.  The typical trial day lasts from 9:30 a.m. to 5:00 p.m., with a lunch break from approximately 12:30 p.m. to 1:30 p.m., Monday through Thursday.  If there is any reason why you are not available for service during this period, explain your reason in detail.

    _____
    _____
    _____
    _____
    _____
    _____

2.  Is English your first Language? Yes _____ No _____

3.  Other than English, what languages do you speak? _____

4.  Are you able to read, write and understand the English language?

    Yes _____    With Difficulty _____    No _____

5.  Do you feel that you are able to complete this questionnaire without another's assistance?

    Yes _____    No _____

    IF YOUR ANSWER TO QUESTION 5 IS "NO," THEN PLEASE COMPLETE THE CERTIFICATION ON THE LAST PAGE AND RETURN THE QUESTIONNAIRE WITHOUT ANSWERING ANY ADDITIONAL QUESTIONS.

6.  Do you have any moral, religious, or ethical beliefs that prevent you from sitting in judgment of another person?   If yes, please explain.

    _____
    _____

7.  Do you have any physical or medical condition that would make it unusually difficult for you to serve as a juror in this case or to sit for long periods of time without a break?  If yes, please explain.

    _____
    _____

8.  Are you currently taking any medication on a regular basis which would interfere with your ability to serve as a juror in this case? If yes, please explain.

    _____
    _____

2

Juror Number _____

9.  What is the condition of your hearing?

    ___ No problems at all
    ___ Have difficulty hearing
    ___ Have problems, but they are corrected with hearing aid

10. What is the condition of your eyesight?

    ___ No problems at all
    ___ Have difficulty seeing
    ___ Have problems, but they are corrected by glasses or contact lenses

11. Will you be paid by your employer (or otherwise be able to earn a living) while serving on jury duty? Yes _____     No _____     Don't Know _____     N/A _____

If no, will that be an economic hardship?  If it will be a hardship, please explain:
_____
_____

12. Do you rely on overtime or are you paid by commission?  Yes _____   No _____

If yes, will loss of income from overtime pay or commission be an economic hardship?
Yes _____   No _____

If it will be a hardship, please explain:
_____
_____

13. Are you a full time or part time college student who would be enrolled in classes during the three-week period beginning September 14, 2026?  If yes, please explain and give the time of day your classes meet.
_____
_____

14. Prior to today, have you asked to be excused from this jury panel?  If yes, on what basis?
_____
_____

15. Do you have any personal, professional, or financial obligations that would prevent you from giving your full attention or prevent you from being present in court for the duration of the trial?  If yes, please explain.
_____
_____

3

Juror Number _____

16. Is there anything about you that you think Judge Contreras should know which you think
    might influence your ability to sit as a juror in this case?  If yes, please explain.
    _____
    _____

4

Juror Number _____

**BACKGROUND INFORMATION**

17. What is your date of birth? _____ Age? _____

18. Where were you born?
   _____

19. What is your marital status? (Check all that apply.)

   Single and never married_____
   Married _____ (# of years: _____)
   Separated _____ (# of years: _____)
   Divorced _____ (# of years: _____)
   Divorced and remarried _____ (# of years: _____)
   Living with significant other (domestic partner) _____ (# of years: _____)
   Widow or Widower _____ (# of years: _____)

   [Note: If living with someone, please provide information about your "significant other" or "domestic partner" on every question where information is requested about a "spouse."]

   _____

20. What quadrant of the city do you live in?  N.E. ___   S.E. ___   S.W. ___   N.W. _

21. What Ward do you live in? _____

22. What is your neighborhood called? (e.g. Shaw, Adams Morgan, Trinidad)
   _____

23. How long have you lived in Washington, D.C.? _____

24. In what other cities, towns, or areas have you maintained your residence?
   _____
   _____

25. Do you: Own _____   Rent _____   Live with relatives/friends _____

26. How many people live in your household? _____

5

Juror Number _____

If persons other than your spouse and children live with you, describe their relationship to you, if any:

_____
_____

6

Juror Number _____

**EMPLOYMENT AND EDUCATION**

27. What is your occupational status? (Check all that apply.)

  Work full-time outside the home _____
  Work part-time outside the home _____
  Full-time homemaker _____
  Homemaker with part-time employment _____
  Volunteer full-time with charitable organization _____
  Volunteer part-time with charitable organization _____
  Unemployed – looking for work _____
  Unemployed – not looking for work _____
  Full-time student _____
  Part-time student _____
  Retired _____
  Disabled _____
  Other (please specify) _____

28. If you are a student (full or part-time), please describe your area of study:
  _____
  _____

29. If you are currently employed, please state your current occupation, name of your employer, town or city in which you work, job title and primary responsibilities:
  _____
  _____

30. If you are currently employed, how long have you worked for your current employer?
  _____

31. If you are currently employed, do you supervise others at your place of employment?

  Yes _____ No _____

  If yes, how many people do you supervise? _____

32. Are you self-employed?

  Yes _____ No _____

33. If you are currently employed, do you own any portion of the business at which you work?

  Yes _____ No _____

34. List all prior jobs or occupations held in the past twenty years.

7

Juror Number _____

JOB/EMPLOYER/DUTIES            DATES            REASON FOR LEAVING
_____
_____
_____
_____
_____
_____
_____

35. Have you ever been fired from any job?

Yes _____ No _____

If yes, please explain the circumstances.
_____
_____
_____

36. What is your spouse's occupational status? (Check all that apply.)

Work full-time outside the home _____
Work part-time outside the home _____
Full-time homemaker _____
Homemaker with part-time employment _____
Volunteer full-time with charitable organization _____
Volunteer part-time with charitable organization _____
Unemployed – looking for work _____
Unemployed – not looking for work _____
Full-time student _____
Part-time student _____
Retired _____
Disabled _____
Other (please specify) _____

8

Juror Number _____

37. Describe your spouse's current occupation, employer, primary responsibilities and length of employment.
   _____
   _____

38. If your spouse has been employed for less than five years, provide his or her previous job or occupation.
   _____
   _____

39. Does anyone else in your household work outside the home?

   Yes _____ No _____

   If yes provide the nature of the relationship and the type of work he or she does.
   _____
   _____

40. Are you, your spouse or any family member a vendor, contractor or subcontractor for the United States Government or do you or they work for a vendor, contractor or subcontractor for the United States Government?

   Yes _____ No _____

   If yes, please explain:
   _____
   _____

41. Do you have children, stepchildren or grandchildren?

   Yes _____ No _____

   If the answer is yes, for each child please state (a) gender (b) age (c) education level (d) type of school last attended: public, private, or religious (e) occupation, if any and (f)  if the child is a minor, who he or she lives with.

   | GENDER | AGE | EDUCATION | SCHOOL/OR OCCUPATION | If Minor child, who does he/she live with? |
   |--------|-----|-----------|---------------------|---------------------------------------------|
   | _____ | ____ | _____ | _____ | _____ |
   | _____ | ____ | _____ | _____ | _____ |
   | _____ | ____ | _____ | _____ | _____ |
   | _____ | ____ | _____ | _____ | _____ |
   | _____ | ____ | _____ | _____ | _____ |

42. Check the highest level of education attained by you and your spouse.

9

Juror Number _____

|  | You | Spouse |
|---|---|---|
| Grade school or less | _____ | _____ |
| Some high school | _____ | _____ |
| High school graduate | _____ | _____ |
| Technical or business school | _____ | _____ |
| Some college | _____ | _____ |
| 2-year college degree | _____ | _____ |
| 4-year college degree | _____ | _____ |
| Post-graduate study – no degree | _____ | _____ |
| Graduate degree | _____ | _____ |

43. If you have any education or training beyond high school, please provide the following:

College or school:_____

Major area(s) of study:_____

Degrees or certificates:_____

44. Check to indicate whether you or your spouse (significant other, domestic partner) has taken any courses, received any training, or sought or obtained employment, in any of the following fields:

|  | You | Spouse |
|---|---|---|
| Law/Paralegal/Legal Field | _____ | _____ |
| Criminal Justice/Law Enforcement | _____ | _____ |
| Security/Intelligence | _____ | _____ |
| Private Investigations | _____ | _____ |
| Corrections/Jail/Prisons | _____ | _____ |
| Firefighting/Rescue Squad/EMT | _____ | _____ |
| Military History/Tactics | _____ | _____ |
| Religion/Ethics/Philosophy | _____ | _____ |
| Journalism/Media/Communications | _____ | _____ |
| Video and Surveillance Technology | _____ | _____ |
| Psychology/Psychiatry/Mental Health | _____ | _____ |

For any item checked, please describe the training, or employment:
_____
_____
_____
_____
_____

10

Juror Number _____

**ORGANIZATIONAL AFFILIATIONS AND ACTIVITIES**

45. Are you currently or have you ever been a member or regular participant in any civic, social, union, professional, business, fraternal, recreation or other community groups or organizations?

    Yes _____ No_____

    If yes, please list the names of those groups or organizations and when the membership was.
    _____
    _____

46. Have you ever held office in any such group or organization?

    Yes _____ No _____

    If yes, what office and for how long?
    _____
    _____

47. Have you ever donated money, goods, and your time or otherwise volunteered to work for any charitable cause or organization?

    Yes _____ No _____

    If yes, please describe the purpose of those organizations:
    _____
    _____

48. What are your hobbies, recreational, leisure or spare time activities?
    _____
    _____

49. Do you have any bumper stickers or decals on your vehicle?

    Yes _____ No _____

    If yes, please explain:
    _____
    _____

50. How would you characterize yourself: (check one)
51.
    Leader _____      Follower _____   Team Player _____   Disrupter _____   Loner _____

52. How often do you seek out positions of leadership at work or in other groups?

11

Juror Number _____

Always_____    Often _____        Sometimes _____     Seldom _____ Never _____

53. Have you or any member of your family ever attended a meeting, sponsored an effort, or supported any group that deals with victims' rights or with the reform of any laws?

Yes _____ No _____

If yes, please explain:
_____
_____

54. Are you a registered voter?  Yes _____   No _____

55. If yes, do you vote regularly? Yes _____ No ____

56.  Do you vote in local elections?  Yes _____ No ____

57. Other than as a voter, are you now or have you ever been actively involved in politics?

Yes ____ No ____

If yes, please describe:
_____
_____

58. Have you or any family members or close friends ever run for elected office?

Yes _____         No _____

If yes, please explain:

_____
_____
_____
_____

59.  Have you, a family member, or a close friend ever been employed by or had any association or connection with the Council of the District of Columbia?

Yes _____         No _____

If yes please explain:

_____

12

Juror Number _____

_____

_____

_____

60. Have you, a family member, or a close friend ever worked on a campaign for the Council the District of Columbia or for the Mayor?

Yes _____         No _____

If yes, please explain:

_____
_____
_____
_____

61. Do you have a general or specific opinion of the DC City Council?

Yes _____     No _____

If yes, please explain:

_____
_____
_____
_____

62. Have you or your spouse made campaign contributions to a candidate for the DC City Council or for Mayor?

Yes _____     No _____

If yes, please explain:

_____
_____
_____
_____

63. Do you or your spouse belong to or are you associated with or do you contribute money to any political action committee, think tank or public policy group?

Yes ____ No ____

13

Juror Number _____

If yes, please explain:

_____
_____

64. How do you feel about politicians?

Please explain:

_____

_____

14

Juror Number _____

**PRIOR JURY SERVICE**

65. Have you ever served on a grand jury? Yes _____ No _____

If the answer is yes, please provide the location and dates of grand jury service:
_____
_____

If yes, is there anything about that service that could affect your ability to serve as a juror in this case?

_____

_____

_____

If yes, is there anything about that service that affected your view of the United States Attorneys Office or Assistant United States Attorneys?

_____

_____

_____

_____

66. Have you ever served on a jury in a trial?
Yes _____ No _____

If yes, how many times have you served as a juror? _____

For each jury service, please indicate:

| Year | Federal or State | Civil or Criminal | Charge or Type of Case | Verdict Reached |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

67. Have you ever served as a jury foreperson?

15

Juror Number _____

Yes _____ No _____

If yes, how many times? _____

68. Was there anything about your jury service that left you disappointed or dissatisfied with the court or criminal justice systems?

Yes _____ No _____    Not applicable _____

If yes, please explain:
_____
_____

69. Is there anything about your previous experience as a juror that would make you want to serve or not serve on a jury again?

Yes _____ No _____

If yes, please explain:
_____
_____

70. Please check all that apply to your juror service experience, if any:
   Civic Duty      _____        Unimportant  _____
   Kept Waiting  _____        Important      _____
   Boring           _____        Don't Know   _____
   Interesting     _____        No Opinion    _____
   Other             _____

71. Do you know any of the other jurors who have been called for jury service in this case?

Yes _____ No _____

If yes, which jurors?
_____
_____

72. Since you received your jury summons, did you do any research, online or other, about this case or the parties involved?

Yes _____ No _____

If yes, please describe:
_____
_____

16

Juror Number _____

## MILITARY SERVICE

73. Have you or any close family member ever served in the armed forces?

Yes _____ No _____

If yes, please respond to the following both as to yourself and to your close family members:

|  | You | Family Members |
|---|---|---|
| Branch and highest rank: | _____ | _____ |
| Dates of service: | _____ | _____ |
| Duties: | _____ | _____ |
| Place of service: | _____ | _____ |
| Type of discharge: | _____ | _____ |
| Ever served on a court martial? | _____ | _____ |
| Ever served in intelligence? | _____ | _____ |

74. Were you ever involved in any way in the investigation, prosecution, or defense of anyone subject to a court-martial?

Yes _____ No _____

If yes, please explain:
_____
_____

If yes, please explain who (in relation to you), where, when and the circumstances:
_____
_____

17

Juror Number _____

**MEDIA EXPOSURE**

75. What are your primary sources for local and national news and information?

(Check all that apply)

Newspapers (including online) _____    TV/cable _____    Internet _____    Blogs/websites _____
Social Media _____    Radio ___ News magazines _____    Word of mouth/conversations _____
Other sources (specify) _____          Do not follow local or national news _____

76. Do you regularly watch TV news?

Yes _____ No _____

If yes, how often and which TV stations/news programs do you watch:
_____
_____

77. Do you regularly read a newspaper (including on-line)?

Yes _____ No _____

If yes, how often and which newspapers do you read:
_____
_____

78. Have you ever written to an editorial page of a newspaper?

Yes _____ No _____

If yes, what did you write about:
_____
_____

79. Do you regularly get your news from websites or news blogs?

Yes _____ No _____

If yes, how often and which websites or news blogs do you view:
_____
_____

80. Do you ever listen to political commentators on TV or talk radio?

Yes _____ No _____

18

Juror Number _____

If yes, please list the commentators you listen to:
_____
_____

81. Do you have an account or profile on any social media networking website (Facebook, Twitter, Instagram, LinkedIn, etc.)?

Yes _____    No _____

If yes, please check the sites on which you have accounts or profiles (check all that apply):

Facebook _____     Twitter _____    LinkedIn _____    Instagram _____    YouTube _____
Pinterest _____ Tumblr _____        Snapchat _____    Reddit _____ Kik ___ Periscope _____
Tinder _____ WhatsApp _____         Telegram _____ Viber _____
Other: (specify) _____

82. Please indicate how often you use any form of social media (check one):

Several times a day__   Daily__   Several times a week__ Weekly__   Rarely__ Never__

83. Do you regularly watch any law, law enforcement, crime or court related TV shows?

Yes _____ No _____

If yes, which shows?
_____
_____

84. Have you ever been interested in the outcome or followed the media or press accounts of any criminal cases?

Yes _____ No _____

If yes, please explain:
_____
_____

85. How closely have you followed media reports relating to public corruption cases or topics?

Very Closely _____ Somewhat Closely _____    Not too closely _____    Not at all _____

Please explain your answer:
_____
_____
_____

19

Juror Number _____

86. Have you ever followed media coverage of any criminal cases involving criminal prosecutions of people charged with public corruption?

Yes _____ No _____

If yes, please explain:
_____
_____

Have you written or posted anything for public consumption about Mr. White specifically or about this case generally?  ("for public consumption" includes blog post, article, or post on internet cites that are accessible to the general public)

Yes _____          No _____

If yes, please describe when and where you posted and the gist of your post:

_____
_____
_____
_____
_____

87. There is likely to be media coverage of this case.  To assure that the decision of jury in this case is not based upon influences outside the courtroom, Judge Contreras will instruct the jury that you must avoid reading about the case in the newspapers or listening to any radio or television reports concerning this case including news coverage or communications on the internet or social media.  You may not discuss or communicate about this case with your family, friends or co-workers or anyone else including on the internet or social media. Also, until you retire to deliberate, you may not communicate about this case with your fellow jurors.  Will you be able to follow these restrictions?

Yes _____ No _____

If no, please explain.
_____
_____

20

Juror Number _____

**KNOWLEDGE OF TRIAL PARTICIPANTS AND THE CASE**

The charges in this case arise out events that occurred in Washington, D.C., in the summer and fall of 2024. There is nothing wrong with having heard or read something about this case. It is important that you truthfully and fully answer the following questions concerning your knowledge about the case and trial participants.

88. The judge who will preside over this case is The Honorable Rudolph Contreras of the United States District Court for the District of Columbia. Do you or anyone close to you know or have any connection with Judge Contreras or any of his staff?

Yes _____ No _____

If yes, please explain:
_____
_____

89. In this case, the government will be represented by the following Assistant United States Attorneys. They work at 601 D Street, N.W., Washington, D.C. Do you know, or have you had any social or professional contact with either of them, or any member of their staff?

| | | | |
|---|---|---|---|
| John Crabb, Jr. | Yes _____ | No _____ |
| Rebecca Ross | Yes _____ | No _____ |
| Liliana Villamizar (paralegal) | Yes _____ | No _____ |

If yes, please explain:
_____
_____

90. In this case, the defendant will be represented by @@@@ Do you know, or have you had any social or professional contact with any of them, or any member of their staff?

@@@    Yes _____ No _____
@@@    Yes _____ No _____

If yes, please explain:
_____
_____

91. The defendant in this case is Trayon White, Sr., who is a resident of Washington, D.C., and a member of the Council of the District of Columbia. Do you, any member of your family or close personal friends know, or have any connection with Mr. White or any of his family members?

21

Juror Number _____

Yes _____ No _____

If yes, please explain:

_____
_____

92. A list is attached at the end of this questionnaire containing the names of people who may either be witnesses in the case or who may be discussed during the trial.  Please review the list and identify any names that you recognize.

_____
_____
_____

93. Do you or any member of your family work for, or have any connection with any of the following businesses or organizations or locations that may be mentioned in connection with this case:

| | | |
|---|---|---|
| Office of Neighborhood Safety and Engagement | Yes _____ | No _____ |
| Violence Interrupters | Yes _____ | No _____ |
| Department of Youth and Rehabilitation Services | Yes _____ | No _____ |
| Credible Messengers | Yes _____ | No _____ |
| Life Deeds | Yes _____ | No _____ |
| District Services Management | Yes _____ | No _____ |

If yes, please explain:

_____
_____

94. Did you, any family member or close personal friend attend, view or listen to any portion of the Council of the District of Columbia's hearing regarding this matter?  Or read anything about the hearing?

Yes _____     No _____

If yes, please explain.

_____
_____
_____

22

Juror Number _____

95. What have you read, seen or heard about this case?

_____
_____
_____
_____
_____
_____
_____
_____

96. Have you seen any movies, videos, or documentaries, or read any books, reports or scholarly articles specifically related to this case?

Yes _____    No _____

If yes, please describe.

_____
_____

97. Have you discussed this matter with family members, friends, co-workers, or others or overheard any discussion about these events?

Yes _____    No _____

If yes, please describe.

_____
_____

98. Have you heard or overheard others, including the media, discuss this case, Mr. White, or the prosecutors?

Yes _____    No _____

If yes, please describe.

_____
_____

99. Have you previously formed or expressed any opinion(s) about any aspect of this matter or any of the parties to this matter?

Yes _____    No _____

23

**Deleted:** or

**Deleted:** about this

Juror Number _____

If yes, please describe.
_____
_____

(a)  Is this an opinion you hold today?
    Yes _____    No _____    Unsure _____

100.    Have you heard about or read about any statement(s) made by or attributed to Mr. White?

Yes ____ No ____

If yes, please explain:
_____
_____

101.    Have you formed or expressed any opinion about Mr. White or the charges in this case?

Yes ____ No ____

If yes, what opinions have you formed or expressed?
_____
_____

102.    Do you presently hold any opinion about Mr. White or about his innocence or guilt of the charges in this case?

Yes ____ No ____

Please explain:
_____
_____

103.    This case is being prosecuted by the United States Attorney's Office for the District of Columbia, which is part of the Department of Justice.  Is there anything about the fact that the United States Attorney's Office and the Department of Justice is involved in this case that could affect your ability to be fair and impartial in this case?
Yes ____ No ____

If yes, please explain:
_____
_____

104.    Is there anything about this case, the issues, and/or the people involved in this case or any other reason you could not be completely fair to the U.S. Government in this case?

24

Juror Number _____

Yes _____ No _____

If yes, please explain:

_____
_____

105.    Is there anything about this case, the issues, and/or the people involved in this case or any other reason you could not be completely fair to the defendant, Trayon White, Sr., in this case?

Yes _____ No _____

If yes, please explain:

_____
_____

106.    Based on what you know about this case thus far, do you have any personal opinion about this defendant's guilt?

_____ Probably Not Guilty
_____ Definitely Not Guilty
_____ Probably Guilty
_____ Definitely Guilty
_____ Unsure

25

Juror Number _____

**EMPLOYMENT WITH LAW, LAW ENFORCEMENT & THE COURTS**

107. Have you, a family member, or anyone close to you ever worked in any aspect of the legal field as a lawyer, prosecutor, criminal defense attorney, legal secretary, paralegal, court reporter, investigator, law clerk, judge, etc.?

Yes _____ No _____

If yes, please explain:
_____
_____

108. Check to indicate whether you, a member of your family, or a close friend, have ever applied for employment with, were employed by, or received training by any local, state, or federal law enforcement agency, including the following:

| | | |
|---|---|---|
| Department of Justice     (DOJ) | Yes _____ | No _____ |
| Federal Bureau of Investigation (FBI) | Yes _____ | No _____ |
| U.S. Attorney's Office | Yes _____ | No _____ |
| Bureau of Alcohol, Tobacco, Firearms (ATF) | Yes _____ | No _____ |
| Internal Revenue Service (IRS) | Yes _____ | No _____ |
| Department of Homeland Security (DHS) | Yes _____ | No _____ |
| U.S. Marshall's Service | Yes _____ | No _____ |
| U.S. Immigrations & Customs Enforcement (ICE) | Yes _____ | No _____ |
| U.S. State Department | Yes _____ | No _____ |
| U.S. Bureau of Prisons (BOP) | Yes _____ | No _____ |
| U.S. Secret Service | Yes _____ | No _____ |
| Immigration Customs Enforcement (ICE) | Yes _____ | No _____ |

If yes to any of the above, please explain who (in relation to you), agency, when and for how long, position or involvement:
_____
_____

109. Have you, any family member or close friend ever worked for, applied to or had training with any state or local law enforcement agency? (This would include prison, jail, detention center, probation services, a United States Attorney's office, city or county attorney's office, Attorney General, special prosecutor, court or courthouse.)

Yes _____ No _____

If yes, please explain who (in relation to you), agency, when and for how long, position or involvement.
_____
_____

26

Juror Number _____

110.    Do you know anyone who works in a federal courthouse or federal building?

Yes ____ No ____

If yes, please explain:
_____
_____

111.    Several witnesses in this case will be law enforcement officers.  Under the law, the
testimony of a law enforcement officer is to receive no greater or no lesser consideration
simply because that witness is a law enforcement officer. Regardless of the law would
you nonetheless tend to either believe or disbelieve the testimony of a law enforcement
officer over the testimony of any other witness?

Yes ____ No_____

If yes, please explain:
_____
_____

112.    There will be testimony from several agents from the Federal Bureau of Investigation
(FBI).  Some people think that FBI agents are less likely to make mistakes than other
witnesses; other people think that FBI agents are just as likely to make mistakes as
anyone else.  What do you think about this?

Less Likely _____          Just as Likely _____      Not Sure _____

Please explain:
_____
_____

113.    Do you have any opinions or beliefs concerning law enforcement in general, including
the Federal Bureau of Investigation (FBI) or the Department of Justice, that would affect
your ability to evaluate the evidence fairly and impartially?

Yes ____ No ____

If yes, please explain:
_____
_____

27

Juror Number _____

**EXPERIENCE WITH CRIME & VIOLENCE**

114.   Have you, any family member or any personal friend ever been the victim of a crime of violence, reported or not?

Yes _____   No _____

If yes, for each incident please provide the following information: type of crime, who (you or relationship to you), when the crime occurred, whether anyone was arrested, and if so, the outcome of the case.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

115.   Have you, any members of your family, or any of your close friends ever been a witness to a crime, whether or not it was reported to the police?

Yes _____   No _____

If yes, please explain.

_____
_____
_____
_____
_____
_____

116.   Have you or has a family member or close friend ever been subpoenaed to be a witness, or testified as a witness in any court proceeding or criminal case?

Yes _____   No _____

If yes, please explain.

_____
_____

117.   Have you, a family member or close friend ever been arrested, charged, prosecuted or convicted of any crime other than a traffic ticket?

28

Juror Number _____

Yes ____  No _____

If yes, please explain who (in relation to you) when and what happened.
_____
_____
_____
_____
_____
_____
_____

118.  Have you, a family member or close friend ever hired an attorney in connection with any alleged crime or criminal investigation?

Yes _____  No _____

If yes, please explain:
_____
_____

119.  Have you or anyone close to you ever been falsely accused of a crime?

Yes _____  No _____

If yes, please explain:
_____
_____
_____
_____
_____
_____

120.  Have you or a member of your family or anyone close to you been involved in any legal action or dispute with the United States or any of its agencies or any office, agents or employees of the United States?

Yes _____  No _____

If yes, please explain:
_____
_____

121.  Do you have or have you ever had a close friend or family member incarcerated in any prison or jail?

Yes _____  No _____

29

Juror Number _____

If yes, please explain:

_____
_____

122.    Have you ever visited a jail, prison or penitentiary for any reason?

Yes _____    No _____

If yes, please list the facility and explain the circumstances of your visit(s):

_____
_____

30

Juror Number _____

**BELIEFS ABOUT THE CRIMINAL JUSTICE SYSTEM**

123.    Describe any strong opinions you may hold about our criminal justice system.
_____
_____

124.    Describe your general opinions about the following categories of participants in the criminal justice system:

Law Enforcement Officers.
_____
_____

Prosecuting Attorneys.
_____
_____

Defense Attorneys.
_____
_____

125.    Do you feel that the criminal justice system generally treats criminals too harshly, about right or too leniently?   (Check one)

Too Hard _____    About Right _____    Too Lenient _____

126.    Do you have an opinion as to whether politicians are unfairly accused of corruption?

Yes _____    No _____

____    If yes, what is the basis of your opinion:

_____
_____

127.    To what extent do you agree that, if the Government targeted a person for an undercover "sting" operation, such a person must have somehow "deserved" it?

_____ *Strongly agree*
_____ *Agree*
_____ *Somewhat agree*
_____ *Somewhat disagree*
_____ *Disagree*
_____ *Strongly Disagree*

31

Juror Number _____

128.    Will you be willing to scrutinize whether, in targeting a person for an undercover "sting" operation, the Government acted properly, in good faith, and without prejudicial motives regarding whatever the person's background or employment may be?

_____ Yes
_____ No

129.    In a criminal trial if the accused person does not testify or tell his side of the story, do you feel he is more likely guilty?

Yes _____ No _____

130.    Do you believe that "proof beyond a reasonable doubt" is too heavy a burden for the prosecution to have to meet in a criminal trial?

Yes _____ No _____

131.    The charge in this case involves bribery of a public official. Is there anything about the nature of the charge that would affect your ability to serve as a juror in this matter? Is there anything about the nature of the charge that would affect your ability to be fair to both the government and the defendant in this matter?

Yes _____ No ___

If yes, please explain:

_____
_____
_____

32

Juror Number _____

**LEGAL PRINCIPLES**

132.    An indictment is not evidence. It is a document that sets forth the charges made against the defendant; it is an accusation.  It may not be considered as any evidence whatsoever of any defendant's guilt.  Will you be able to follow this rule of law?

Yes _____ No _____

If no, please explain:
_____
_____

133.    The defendant is presumed innocent and cannot be found guilty unless the jury, unanimously and based solely on the evidence in this case, finds that the government has proven his guilt beyond a reasonable doubt. The burden of proving guilt rests entirely with the government.  The defendant is not required to prove his innocence.  Can you adhere to and follow this principle of law?

Yes _____    No _____

If no, please explain:
_____
_____

134.    Do you have a view on the entrapment defense that would prevent you from being fair and impartial to both parties?

Yes _____   No _____

If no, please explain:
_____
_____

135.    Under the law, a person who is charged with a crime is presumed to be innocent.  How difficult would it be for you to presume that a person who is charged with bribery is innocent?  (Check one)

Very Difficult _____              Somewhat Difficult _____
Not Too Difficult _____           Not Difficult At All _____

Please explain:
_____
_____

136.    The United States has the burden of proving its case beyond a reasonable doubt.  If the United States proves the defendant's guilt beyond a reasonable doubt, the defendant must

33

Juror Number _____

be found guilty. Can you follow and apply this principle of law?

Yes _____ No _____

If no, please explain:
_____
_____

137.    The United States has the burden of proving its case beyond a reasonable doubt.  If the
        United States fails to prove the defendant's guilt beyond a reasonable doubt, the
        defendant must be found not guilty. Can you follow and apply this principle of law?

Yes _____ No _____

If no, please explain:
_____
_____

138.    In this case, there will be testimony from a cooperating witness – that is a witness who
        had a pending case and agreed to plead guilty and cooperate with the government.  Do
        you oppose this practice?

Yes _____       No _____

If yes, please explain:

_____
_____
_____
_____

139.    Would you be able to listen to the cooperating witness's testimony and evaluate it as
        instructed by Judge Contreras?  Or would you automatically reject such a witness's
        testimony?

Please explain:
_____
_____
_____
_____

140.    The United States has the burden of proving its case beyond a reasonable doubt. If the
        United States proves the defendant's guilt beyond a reasonable doubt, the defendant must
        be found guilty. If the United States proves the defendant's guilt beyond a reasonable
        doubt, how difficult would it be for you to return a guilty verdict?

34

Juror Number _____

Very Difficult _____          Somewhat Difficult _____
Not Too Difficult _____       Not Difficult At All _____

Please explain:
_____
_____

141.  Under the law, a defendant accused of a crime does not have to testify in his or her
142.  defense. If a defendant does not testify, the jury may not consider that fact in any way in
      deciding whether a defendant is guilty. Can you follow and apply this principle of law?

Yes _____          No _____

If no, please explain:
_____
_____

143.  Jurors are the sole judges of the facts.  However, the jury must follow the principles of
      law as instructed by the judge.  The jury may not follow some rules of law and ignore
      others. Even if the jury disagrees or dislikes the rules of law or does not understand the
      reasons for some of the rules, it is their duty to follow them.  Do you have any personal
      beliefs that would make it difficult to follow Judge Contreras's legal instructions,
      whatever they may be?

Yes _____ No _____

If yes, please explain:
_____
_____

144.  Does anything about the nature of the charges in this case themselves cause you to doubt
      your ability to serve as a juror in this case?

Yes _____ No _____

If yes, please explain:
_____
_____

35

Juror Number _____

36

Juror Number _____

**CONCLUDING QUESTIONS**

145.    If you were selected to serve on this jury, would you consider and respect the view of other jurors even if their views differed from yours, in accordance with Judge Contreras's instructions?

Yes _____ No _____

146.    If, during the course of jury deliberations, a fellow juror should suggest that you disregard the law or the evidence and decide the case on other grounds, would you, as a juror, be able to reject that suggestion and abide by your oath to this court to decide the case solely on the evidence and law as the court has instructed you to do, without regard to sympathy, bias or prejudice?

Yes _____ No ___

147.    If, during the course of jury deliberations, you learned that a fellow juror had violated Judge Contreras's instructions would you report that conduct to the Court?

Yes ___ No _____

148.    Do you have any personal reason for wanting to serve as a juror in this case, or any personal interest in the outcome of the case?

Yes _____ No ___

If yes, please explain:
_____
_____

149.    If you are selected to serve as a juror on this case, would you be concerned about reactions to your verdict by any other individual, group or media organization?

Yes _____ No ___

If yes, please explain:
_____
_____

150.    Is there any matter not covered by this questionnaire that you think the attorneys or Judge Contreras might want to know about you when considering you as a juror in this case?

Yes _____ No _____

If yes, please explain:

37

Juror Number _____

_____
_____

151.    Is there anything you prefer to discuss privately with Judge Contreras?

Yes _____ No_____

If yes, please indicate here the number(s) of the question or questions that concern you:
_____
_____

152.    Were there any questions you did not understand?

Yes _____ No _____

If yes, please explain:
_____
_____

153.    Is there anything about the subject matter of this case, or the points covered in this questionnaire, which creates a question in your mind as to whether you could be a fair, objective, and impartial juror in this particular case?

Yes _____ No _____

If yes, please explain:
_____
_____

154.    As a result of filling out this questionnaire have you now formed an opinion about the defendant or the case?

Yes _____ No _____

If yes, please explain.
_____
_____

38

Juror Number _____

## CERTIFICATION

By signing below, I hereby declare under penalty of perjury that all of the answers to the above questions are true and correct to the best of my knowledge and belief.  I have not discussed my answers with others, or received assistance in completing the questionnaire.  I have answered all of the above questions myself.


_____     _____     _____
      Signature               Print your name here          Date


Juror Number _____

39

Juror Number _____

PLEASE USE THE FOLLOWING PAGES TO CONTINUE ANY OF YOUR ANSWERS.
PLEASE INCLUDE THE QUESTION NUMBER NEXT TO EACH RESPONSE.

40

Juror Number _____

PLEASE USE THE FOLLOWING PAGES TO CONTINUE ANY OF YOUR ANSWERS.
PLEASE INCLUDE THE QUESTION NUMBER NEXT TO EACH RESPONSE.

41

Juror Number _____

42

Juror Number _____

PLEASE USE THE FOLLOWING PAGES TO CONTINUE ANY OF YOUR ANSWERS.
PLEASE INCLUDE THE QUESTION NUMBER NEXT TO EACH RESPONSE.

43

Juror Number _____

**ATTACHMENT A**

  The following people may either be witnesses in this case or who may be discussed during the trial. Please review the list and identify any names that you recognize.

| | | |
|---|---|---|
| Lindsay Appiah | Yes ____ | No ____ |
| Michael Biscardi | Yes ____ | No ____ |
| Charles Evans | Yes ____ | No ____ |
| Matthew Gano | Yes ____ | No ____ |
| Allieu Kamara | Yes ____ | No ____ |
| Patrick Martin | Yes ____ | No ____ |
| Yasha Robinson | Yes ____ | No ____ |
| Siona Slepoy | Yes ____ | No ____ |
| Kwelli Sneed | Yes ____ | No ____ |
| Anwar Walker | Yes ____ | No ____ |

44

# EXHIBIT C3

**Government Objections to Defendant's Proposed Jury Instructions**

| Page(s) | Objections |
|---|---|
| 12 | The Defendant proposes adding the question, "Do you vote in local elections?" The Government does not object to this question. |
| 13 | The Defendant proposes adding "or for the Mayor" to the end of question 59. The Government does not object to this addition.<br><br>The Government does not object to the Defendant's additions of question 60 and 61. |
| 14 | The Government does not object to the Defendant's addition of question 63. |
| 23 | The Government does not object to the Defendant's changes. |
| 31-32 | The Government does not object to the Defendant's addition of question 126.<br><br>The Government objects to the Defendant's addition of questions 127 and 128, which use language to insinuate to the jury that this is a case of selective prosecution, which this Court has already precluded. ECF # 65, Mem. Op., at 20. The questions further insinuate that the Defendant was somehow entrapped by the Government, which as discussed below, is also improper. |
| 34 | The Government objects to the Defendant's addition of question 134. It injects the entrapment defense into the case, which is impermissible. *See generally* ECF # 24, Gov. Mot., at 10-17, ECF # 65, Mem. Op., at 26-30. It is improper to present an entrapment defense to the jury until the Defendant has made "a sufficient showing or proffer of entrapment." *See United States v. Blassingame*, 197 F.3d 271, 280 (7th Cir. 1999) (upholding the decision to exclude the entrapment defense until defendant "made a made a sufficient showing or proffer of entrapment."); *see also* ECF # 65, Mem. Op., at 28. |