# EXHIBIT E1

| Government | ✓ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| **Court** | ☐ |

United States of America

**VS.**

Trayon White

**Civil/Criminal No.** 24-cr-406 (RC)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Council of the District of Columbia - Code of Official Conduct | | | | |
| 2 | White's 2023 Financial Disclosure | | | | |
| 2A | White's 2022 Financial Disclosure | | | | |
| 2B | White's 2021 Financial Disclosure | | | | |
| 2C | White's 2020 Financial Disclosure | | | | |
| 2D | White's 2019 Financial Disclosure | | | | |
| 2E | White's 2018 Financial Disclosure | | | | |
| 2F | White's 2017 Financial Disclosure | | | | |
| 3 | Life Deeds PSH HCA | | | | |
| 4 | HCA Permanent Supportive Housing -Life Deeds Inc. | | | | |

| Government | ✓ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| **Court** | ☐ |

United States of America

**VS.**

Trayon White

Civil/Criminal No.   24-cr-406 (RC)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 5 | Life Deeds HCA Claim 8.14.2019 | | | | |
| 6 | Notice of Termination for Default | | | | |
| 7 | Life Deeds Appeal of Denial of Demand 2.28.2020 | | | | |
| 8 | Contracting Board Motion for Summary Judgment 3.25.2020 | | | | |
| 9 | Dismissal Order | | | | |
| 10 | Three FY 2024 Grants Between ONSE and PLC for VI Initiative | | | | |
| 11 | FY24 LIFE Deeds Wards 1 and 4 Contracts with PLC | | | | |
| 12 | FY24 DSM Ward 5 Contracts with PLC - | | | | |
| 13 | FY24 LIFE Deeds Floating VI Contracts with PLC | | | | |
| 14 | Video of Meeting Payment 6-26-24 | | | | |

| Government | ✓ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| **Court** | ☐ |

United States of America

**VS.**

Trayon White

**Civil/Criminal No.**  24-cr-406 (RC)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 14A | Transcript of Meeting Payment 6-26-24 | | | | |
| 15 | Video of Meeting Payment 7-17-24 | | | | |
| 15A | Transcript of Meeting Payment 7-17-24 | | | | |
| 16 | Video of Meeting Payment 7-25-24 | | | | |
| 16A | Transcript of Meeting Payment 7-25-24 | | | | |
| 17 | Video of Meeting Payment 8-9-24 | | | | |
| 17A | Transcript of Meeting Payment 8-9-24 | | | | |
| 18 | Video of Meeting/Arrest 8-18-24 | | | | |
| 18A | Transcript of Meeting/Arrest 8-18-24 | | | | |
| 19 | Intentionally left Blank | | | | |
| 20 | Bribery Agreement | | | | |
| 21 | Screenshot of Trayon White Website | | | | |

| Government | ☑ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| **Court** | ☐ |

United States of America

**VS.**

Trayon White

**Civil/Criminal No.** 24-cr-406 (RC)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 22 | Credible Messenger Program | | | | |
| 23 | About DYRS | | | | |
| 24 | Office of Neighborhood Safety and Engagement (ONSE) | | | | |
| 25 | Request for meeting CM White 7-11-24 | | | | |
| 26 | CM White Meeting 7-18-24 | | | | |
| 27 | Call Log | | | | |
| 28 | iMessages between White and Kamara 06/19/2024-07/24/2024 | | | | |
| 29 | Whatsapp messages between White and Kamara 05/02/2024-08/18/2024 | | | | |
| 30 | DYRS Offer to Life Deeds Inc.10/01/2023-09/30/2024 | | | | |
| 31 | 08/09/2024 Kamara Plea Agreement | | | | |

| | |
|---|---|
| Government | ☑ |
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| **Court** | ☐ |

United States of America

**VS.**

Trayon White

**Civil/Criminal No.**   24-cr-406 (RC)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 32 | Intentionally Left Blank | | | | |
| 33 | Text messages b/w Sneed (ONSE) & White 7/11/2024 – 8/04/2024 | | | | |
| 34 | Text messages b/w Sneed (ONSE) & Yukia 7/11/2024 – 7/15/2024 | | | | |
| 35 | Summary Chart Exhibit Kamara Contracts | | | | |
| 36 | July 14, 2024 Telephone Call between White and Kamara | | | | |
| 36A | Transcript for 07-14-24 Call | | | | |
| 37 | July 16, 2024 Telephone Call between White and Kamara | | | | |
| 37A | Transcript for 07-16-24 Call | | | | |
| 38 | July 23, 2024 Telephone Call between White and Kamara | | | | |
| 38A | Transcript for 07-23-24 Call | | | | |
| 39 | White MGM Playing Card Records | | | | |
| 40 | White Casino Profile | | | | |
| 41 | White July 10 Comp | | | | |

| Government | ✓ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| **Court** | ☐ |

United States of America

VS.

Civil/Criminal No.   24-cr-406 (RC)

Trayon White

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 42 | White July 31 Vegas Comp | | | | |
| 43 | White July Casino Transactions | | | | |
| 44 | Kamara and White WhatsApp Messages | | | | |
| 45 | Truist - 8474 - Trayon White | | | | |
| 46 | Jan 8, 2019, AA Receipt | | | | |
| 47 | June 29, 2021, AA Receipt | | | | |
| 48 | Photo Kamara and White | | | | |
| 49 | Photo Trip to Dominican Republic | | | | |
| 50 | 2019 Annual Retreat Agenda | | | | |
| 51 | 2020 Annual Retreat Agenda | | | | |

| Government | ✓ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| **Court** | ☐ |

United States of America

VS.

Civil/Criminal No. <u>24-cr-406 (RC)</u>

Trayon White

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 52 | 2021 Ethics Training Attendance | | | | |
| 53 | 2022 Annual Retreat Agenda | | | | |
| 54 | Roll Call Vote | | | | |
| 55 | May 2023 Attendance | | | | |
| 56 | 2024 Notice of Administrative Meeting and Agenda | | | | |
| 57 | Photo of funds for June 26, 2024, Bribe Payment | | | | |
| 58 | Photo of funds for July 17, 2024, Bribe Payment | | | | |
| 59 | Photo of funds for the July 25, 2024 Bribe Payment | | | | |
| 60 | Photo of funds for the August 9, 2024 Bribe Payment | | | | |
| 61 | Video of 2021 Trayon White Swearing-In Ceremony | | | | |

| | | |
|---|---|---|
| Government | ✓ | |
| Plaintiff | ☐ | |
| Defendant | ☐ | |
| Joint | ☐ | |
| **Court** | ☐ | |

United States of America

**VS.**

Trayon White

**Civil/Criminal No.**   24-cr-406 (RC)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Government | ✓ |
|---|---|
| Plaintiff | |
| Defendant | |
| Joint | |
| **Court** | |

United States of America

VS.

Davoud Jafari and Anthony Merritt

Civil/Criminal No. 19-CR-228 (RBW)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# EXHIBIT E2

| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☑ |
| Joint | ☐ |
| Court | ☐ |

United States of America

VS.

Trayon White

Civil/Criminal No. __24-cr-406 (RC)__

## DEFENDANT'S EXHIBITS

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1A | All Kamara's and Related Entities' Bank Records in the Government's Discovery: Summary Cover Page | | | | |
| 1B | Harbor Bank of Maryland 0000001100080322 | | | | |
| 1C | Harbor Bank of Maryland 0000001100029362 | | | | |
| 1D | Harbor Bank of Maryland Custodian of Records | | | | |
| 1E | Harbor Bank of Maryland 0000001100031693 | | | | |
| 1F | Harbor Bank of Maryland 0000001100076064 | | | | |
| 1G | Navy Federal Credit Union 7094236762, 3116167945 | | | | |
| 1H | Truist 0005163380414 | | | | |
| 1I | Truist 0005163381666 | | | | |
| 1J | Truist 0005163381674 | | | | |
| 1K | Truist | | | | |

| Government | ☐ |
| Plaintiff | ☐ |
| Defendant | ☑ |
| Joint | ☐ |
| **Court** | ☐ |

United States of America

VS.

Trayon White

Civil/Criminal No. 24-cr-406 (RC)

| | | | | | |
|---|---|---|---|---|---|
| | 0005163381747 | | | | |
| 1L | Truist<br>000516111820 | | | | |
| 1M | Truist<br>4210002481927 | | | | |
| 1N | BB&T<br>0005163273227 | | | | |
| 1O | Truist<br>1210007173898 | | | | |
| 1P | BB&T<br>0005162834063 | | | | |
| 1Q | BB&T<br>005159745459 | | | | |
| 1R | Truist<br>1210006036072 | | | | |
| 1S | Truist<br>1210006036528 | | | | |
| 1T | Truist<br>12100060336536 | | | | |
| 1U | Truist<br>1090001158638 | | | | |
| 1V | Truist<br>XXXXXXXXXXXX0805 | | | | |
| 1W | BB&T/Truist<br>XXXXXXXXXXXX8703 | | | | |
| 1X | BB&T/Truist<br>XXXXXXXXXXXX8711 | | | | |
| 1Y | BB&T<br>9060719214-9001 | | | | |

| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☑ |
| Joint | ☐ |
| **Court** | ☐ |

United States of America

VS.

Trayon White

Civil/Criminal No.   24-cr-406 (RC)

| | | | | | |
|---|---|---|---|---|---|
| 1Z | BB&T 9700019423-00001 | | | | |
| 1Aa | BB&T 9700019423-00005 | | | | |
| 1Ab | Bank of America 446036202313 | | | | |
| 1Ac | Bank of America 446038837142 | | | | |
| 1Ad | Bank of America 003914175772 | | | | |
| 1Ae | Bank of America 054001204 | | | | |
| 1Af | Bank of America Checks to Allieu Kamara | | | | |
| 1Ag | Bank of America Collection of statements, checks, and financial material pertaining to Kamara and his entities | | | | |
| 2A | Kamara and White Communications - White Chat Preview and Report | | | | |
| 2B | Kamara and White Communications – White Report | | | | |
| 3 | Kamara and White Call Log Entry on 6/8/2024 | | | | |
| 4 | Excerpts of Kamara and White Communication - Kamara WhatsApp 2/6/2024 - 6/20/2024 | | | | |

Defendant's Exhibit List Page **4** of **7**

| Government | ☐ |
| Plaintiff | ☐ |
| Defendant | ☑ |
| Joint | ☐ |
| **Court** | ☐ |

United States of America

VS.

Trayon White

Civil/Criminal No.  24-cr-406 (RC)

| | | | | |
|---|---|---|---|---|
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
**Court** ☐

United States of America

VS.

Trayon White

Civil/Criminal No.  24-cr-406 (RC)

| | | | | | |
|---|---|---|---|---|---|
| 21 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Defendant's Exhibit List Page **6** of **7**

Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

United States of America

VS.

Trayon White

Civil/Criminal No.  24-cr-406 (RC)

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Pursuant to the Federal Rules of Evidence, such as Rules 607, 608, 609 and 613, beyond the submitted exhibits, the Defense reserves the right to use documents that impeach any government witness on non-collateral matters.

# EXHIBIT E3

**Government Objections to Defense Exhibits**

| Exhibit Number | Government's Position |
| --- | --- |
| 1A | Government objects pursuant to Federal Rules of Evidence 401, 403, 608[1] |
| 1B | Government objects pursuant to Federal Rules of Evidence 401, 403, 608 |
| 1C | Government objects pursuant to Federal Rules of Evidence 401, 403, 608 |
| 1D | Government objects pursuant to Federal Rules of Evidence 401, 403, 608 |
| 1E | Government objects pursuant to Federal Rules of Evidence 401, 403, 608 |
| 1F | Government objects pursuant to Federal Rules of Evidence 401, 403, 608 |
| 1G | Government objects pursuant to Federal Rules of Evidence 401, 403, 608 |
| 1H | Government objects pursuant to Federal Rules of Evidence 401, 403, 608 |

---

[1] The Government maintains that Mr. Kamara's bank records are not relevant, would cause undue delay and confuse the issues, and are not properly admissible as impeachment evidence and must be excluded pursuant to Federal Rules of Evidence 401, 403, and 608. The Government will file a motion to exclude Defense Exhibits 1A-1Ag.

1

| 1I | Government objects pursuant to Federal Rules of Evidence 401, 403, 608 |
|----|------------------------------------------------------------------------|
| 1J | Government objects pursuant to Federal Rules of Evidence 401, 403, 608 |
| 1K | Government objects pursuant to Federal Rules of Evidence 401, 403, 608 |
| 1L | Government objects pursuant to Federal Rules of Evidence 401, 403, 608 |
| 1M | Government objects pursuant to Federal Rules of Evidence 401, 403, 608 |
| 1N | Government objects pursuant to Federal Rules of Evidence 401, 403, 608 |
| 1O | Government objects pursuant to Federal Rules of Evidence 401, 403, 608 |
| 1P | Government objects pursuant to Federal Rules of Evidence 401, 403, 608 |
| 1Q | Government objects pursuant to Federal Rules of Evidence 401, 403, 608 |
| 1R | Government objects pursuant to Federal Rules of Evidence 401, 403, 608 |
| 1S | Government objects pursuant to Federal Rules of Evidence 401, 403, 608 |

| 1T | Government objects pursuant to Federal Rules of Evidence 401, 403, 608 |
|---|---|
| 1U | Government objects pursuant to Federal Rules of Evidence 401, 403, 608 |
| 1V | Government objects pursuant to Federal Rules of Evidence 401, 403, 608 |
| 1W | Government objects pursuant to Federal Rules of Evidence 401, 403, 608 |
| 1X | Government objects pursuant to Federal Rules of Evidence 401, 403, 608 |
| 1Y | Government objects pursuant to Federal Rules of Evidence 401, 403, 608 |
| 1Z | Government objects pursuant to Federal Rules of Evidence 401, 403, 608 |
| 1Aa | Government objects pursuant to Federal Rules of Evidence 401, 403, 608 |
| 1Ab | Government objects pursuant to Federal Rules of Evidence 401, 403, 608 |
| 1Ac | Government objects pursuant to Federal Rules of Evidence 401, 403, 608 |
| 1Ad | Government objects pursuant to Federal Rules of Evidence 401, 403, 608 |

| 1Ae | Government objects pursuant to Federal Rules of Evidence 401, 403, 608 |
|------|---------------------------------------------------------------------|
| 1Af | Government objects pursuant to Federal Rules of Evidence 401, 403, 608 |
| 1Ag | Government objects pursuant to Federal Rules of Evidence 401, 403, 608 |
| 2A | No objection |
| 2B | No objection |
| 3 | Government objects pursuant to Federal Rule of Evidence 403 |
| 4 | Government objects pursuant to Federal Rules of Evidence 106 and 403 |

# EXHIBIT E4

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:24-cr-00406-RC |
| | ) | |
| Plaintiff, | ) | JUDGE RUDOLPH CONTRERAS |
| | ) | |
| vs. | ) | |
| | ) | |
| TRAYON WHITE, SR., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT TRAYON WHITE'S OBJECTIONS
TO THE GOVERNMENT'S TRIAL EXHIBITS AND PROFFERED TESTIMONY OF
TRAVEL EXPENSES AND ILLEGAL CAMPAIGN CONTRIBUTIONS, AND TO ANY
OTHER SUCH EVIDENCE WHICH THE GOVERNMENT HAS NOT YET PROPERLY
NOTICED UNDER RULE 404(b)**

Defendant Trayon White, through undersigned counsel, as part of the parties joint Pretrial

Statement, respectfully files these Objections to the Government's Trial Exhibits and Proffered

Testimony of Travel Expenses and Illegal Campaign Contributions, and To Any Other Such

Evidence Which the Government Has Not Yet Properly Noticed Under Rule 404(b).[1]   The

parties are expecting to reach a stipulation that will obviate the renewal of Mr. White's objection

as to gambling-related exhibits or portions of exhibits that are soon to be dropped or redacted.

I.   OBJECTIONS TO GOVERNMENT'S EXHIBITS AND RELATED TESTIMONY

A.   Government Exhibits 2A-2F: Mr. White's Financial Disclosure Forms, 2017-2023

GEX 2A-F, the financial disclosure forms of Mr. White's, which cover the seven years

**before** the sole offense charged in the Indictment (Count One), could not cover any alleged

undisclosed acts by Mr. White that were "inextricably intertwined" with the charged offense or

---

[1] In addition to the objections stated herein, Mr. White also plans to respond separately to the Government's sealed filing of a new motion in limine on July 27, 2026. Mr. White will ask the Court to seal the courtroom at the Pretrial Conference to hear argument on this topic.

2

were part of the same ongoing scheme.  Accordingly, the forms are irrelevant to the proof of any fact at issue and thus inadmissible, under Fed. R. Evid. 401 and 402.

Moreover, despite ample opportunity to do so, and now two weeks past the Court's deadline of July 27, 2026 set for the Government to give notice of any "other acts" evidence under Fed. R. Evid. 404(b) (ECF 64, at 3; ECF 65, at 33), the Government has still not ever noticed these disclosure forms under the rule, designating a permitted purpose.[2]  Accordingly, these exhibits are inadmissible on that procedural basis alone -- setting aside any substantive grounds for inadmissibility that Mr. White could argue in opposition to a properly noticed attempt to admit the evidence.

Finally, these forms are inadmissible for any purpose under Fed. R. Evid. 403, because their probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, and wasting time.

B.  <u>Government Exhibits 3-9: Various "Life Deeds" Contracting and Dispute Documents</u>

GEX 3-9, the seven exhibits concerning the "Life Deeds" business of the confidential informant that Mr. White allegedly assisted in 2019-2020 in exchange for bribes, are inadmissible under Fed. R. Evid. 401, 402, 403, and 404 for the same reasons set forth in Mr. White's pretrial Motion In Limine seeking to exclude evidence of the 2019-2020 bribery allegations, which this Court has denied. Mr. White maintains this objection, and notes that the Court's May 15, 2026 ruling depended in part on its determination that "the strength of the government's evidence as presented at trial remains to be seen." That is, the potential prejudice from uncorroborated allegations by the confidential informant of having bribed Mr. White in

---

[2] The Government identified these disclosure forms as trial exhibits in correspondence to Mr. White's counsel dated July 30, 2027, but there was no attempt to belatedly invoke Rule 404(b) as a basis for their admission.

3

2019-2020 would depend on how weak or strong the Government's case about the 2024 bribe scheme turns out to be.

Accordingly, Mr. White requests that this Court require the Government at trial to wait to try to introduce evidence of the 2019-2020 events until after its evidence of the 2024 bribe scheme is in.  Then, the parties can take up Mr. White's objection to this line of evidence again.

C.  Government Exhibits 27, 28, 29, 44: Logs of Calls and Messages With Informant

GEX 27, 28, 29, 44 are logs of calls and messages with the informant, which came out of forensic extractions from phones on certain dates. If the Government will not stipulate to the date and manner of collection of these items, then Mr. White will object based on Fed. R. Evid. 901 (Authenticity).

D.  Government Exhibits 46-49:  Records for Dominican Republic Travel

GEX 46-49 are receipts and photos from two trips that the confidential informant took with Mr. White to the Dominican Republic, in 2019 and 2021. The Government now seeks to admit this evidence as "other acts" evidence under Rule 404(b), and as not unduly prejudicial under Rule 403. Mr. White strongly objects to these exhibits and related testimony about the confidential informant's payment of all expenses on these trips as inadmissible under Fed. R. Evid. 401, 402, 403, and 404.

Mr. White first notes the Government's own position in its Rule 404(b) notice filed on May 27, 2026 that the confidential informant's alleged payments of these trip expenses were "not being offered as *other crimes evidence,*" and that it had no intention to argue their illegality. (ECF 67, at 2.)  Indeed, the memoranda of interview provided to defense counsel describe no *quid pro quo* for the travel.  To the contrary, their legality is supported by law on "goodwill" gifts, which the Court should incorporate into the following proposed jury instruction:

4

Individuals including friends and relatives may lawfully give a gratuity or gift to a public official to foster goodwill. To prove that a gift is a bribe, rather than a lawful act of goodwill, the government must demonstrate that the gift is coupled with a particular criminal intent or quid pro quo. You may refer to the instructions laying out the elements of bribery to make this determination.

A gift to an official to foster a favorable business climate does not constitute a bribe. It is not enough for the government to prove that the gift was given with the generalized hope or expectation of ultimate benefit on the part of the gift giver. Vague expectations of some future benefit are not sufficient to make a gift of goodwill a bribe.

*United States v. Robert McCabe*, 103 F.4th 259, 284-285 (4th Cir. 2024).

Given the travel payments' presumed legality, there is not the same nature of relationship of trust arising from prior *illegal conduct* together for which the Government's cited cases admitting evidence under Rule 404(b) stand. (ECF 67, at 5-7.)

Undue prejudice under Rule 403 results from confusing the jury with these other acts, when many jurors will disfavor Mr. White's alleged trips despite their presumed legality.

There is an additional objection to these exhibits, which is that the Government belatedly identified these disclosure forms as trial exhibits in correspondence to Mr. White's counsel dated July 30, 2027. This was three days after the Court's deadline for giving notice of Rule 404(b) evidence. (ECF 64, at 3; ECF 65, at 33.) The Court should also reject any future attempt by the Government to keep investigating Mr. White in the lead-up to trial and then to introduce evidence from any new findings on this topic.

II. PROFFERED TESTIMONY OF ILLEGAL CAMPAIGN CONTRIBUTIONS

The Government has previously noticed under Rule 404(b)(2) that it intends to introduce testimony by the confidential informant that he paid large sums of cash to Mr. White as campaign contributions:

5

> . . . CW contributed money to the defendant's 2015, 2016, and 2024 campaigns for a seat on the Council of the District of Columbia. With respect to the 2015 and 2016 campaigns: the CW gave the defendant approximately $30,000 in cash over the course of about four meetings. With respect to the 2024 campaign: the CW gave the defendant approximately $15,000 in cash over the course of several meetings.

(ECF 67, at 1.)

The memoranda of interview provided to the defense make it clear that there was no explicit *quid pro quo* between the informant and Mr. White so as to constitute a bribe. As with the travel-related payments, the Government concedes these transactions are "not being offered as *other crimes evidence,*" and that it had no intention to argue their illegality. (ECF 67, at 2.)

Nor has the Government offered any documentary proof of the alleged contributions themselves, nor any other reasonable detail beyond the confidential informant's vague statements about meeting up for cash payments.

Because these were not *quid pro quo* bribes, the informant's testimony does not serve as proof of intent, or relevant "expectations" established between Mr. White and the informant, so as to justify their admission under Rule 404(b). Furthermore, some of these payments were in 2015-2016, at least eight years before the conduct charged in Count One, and so therefore so distant in time as to not be probative of Mr. White's intent or expectations in 2024.

Furthermore, because there is no corroboration of the informer's allegations of payments, even as to the ones in 2024 around the time of the undercover operation against Mr. White, this evidence is insufficiently probative under Rule 403. The deadline has passed for offering additional evidence in support of the alleged campaign contributions, which this Court set as July 27, 2026. (ECF 64, at 3; ECF 65, at 33.). The Court should reject any future attempt by the Government to keep investigating Mr. White in the lead-up to trial and then to introduce evidence from any new findings on this topic.

Reasonable inferences cannot be drawn with such thin reeds of testimony involving the inherently complex topic of campaign finance. This will only result in prejudice to the defendant and confusion of the jury.

Dated:  August 11, 2026                                  Respectfully submitted,

*/s/   Warren Gary Kohlman*
Warren Gary Kohlman* (DC #177527)
1845 R Street Northwest
Washington, DC 20009
202-497-4468
Email: gwkohlman@gmail.com
* *Pro hac vice*

*Counsel For Defendant Trayon White, Sr.*

7