NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs. Criminal Number 24-cr-406-RC

Trayon White Sr.
(Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS: (Please check one)

☐ CJA ☒ RETAINED ☐ FEDERAL PUBLIC DEFENDER

Nicole Ledesma
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Nicole Ledesma (900201840184)
*(Attorney & Bar ID Number)*

Searby Law
*(Firm Name)*

2000 P Street NW, Suite 706
*(Street Address)*

Washington, DC, 20036
*(City) (State) (Zip)*

(202) 750-6106
*(Telephone Number)*