Use Tab key to move from field to field on this form

NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs. Criminal Number 24-cr-406-RC

Trayon White, Sr.
(Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS: (Please check one)

☐ CJA ☒ RETAINED ☐ FEDERAL PUBLIC DEFENDER

(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Bruce H. Searby, DC Bar No. 1012382
*(Attorney & Bar ID Number)*
Searby PLLC
*(Firm Name)*
2000 P Street, NW Ste. 705
*(Street Address)*
Washington, DC 20036
*(City) (State) (Zip)*
202-718-6288
*(Telephone Number)*