**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **Crim. No.: 24-CR-406 (RC)** |
| **TRAYON WHITE, Sr.** | : | |
| **Defendant.** | : | |

**GOVERNMENT'S NOTICE REGARDING STIPULATION**

The United States of America, hereby, notifies the Court of the status of a trial stipulation entered into by the parties:

Previously, the defendant moved to preclude the introduction of evidence regarding his gambling. ECF # 42. On May 5, 2026, the Court denied the defendant's motion. Order (ECF #64). In denying the defendant's motion, the Court concluded "that unless Mr. White is willing to stipulate to whether he received, kept, and spent the money he was handed by CHS-1 in the videos of their encounters, then the evidence of gambling expenditures is highly probative and will be admissible." ECF # 65, at 32. Subsequently, the defendant agreed to the attached stipulation regarding Government Exhibits 14, 15, 16, and 17 and the defendant's receipt of cash from CHS-1.

This stipulation obviates the need to introduce evidence of the defendant's gambling expenditures. If, however, the defendant attempts to undercut the import of the stipulation by – in any way – questioning "whether he received, kept, and spend the money he was handed by CHS-1" *id.*, (*e.g.*, suggesting that he attempted to return the cash to CHS-1), the defendant's gambling

expenditures would again become "highly probative." And the government would renew its request for admission of evidence of the defendant's gambling expenditures.[1]

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

*/s/ Rebecca G. Ross*

Rebecca G. Ross
N.Y. Bar No. 5590666
John Crabb Jr.
N.Y. Bar No. 2367670
601 D Street, N.W.
Washington, D.C. 20530
john.d.crabb@usdoj.gov
(202) 252-1794

1 The Government still intends to admit Government Exhibit 45, the defendant's bank records, but has agreed to redact evidence relating to gambling from those records.