**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Crim. No.: 24-CR-406 (RC)** |
| | : | |
| **TRAYON WHITE, SR.,** | : | |
| | : | |
| **Defendant.** | : | |

## STIPULATION NUMBER 1

The United States and Mr. White hereby agree to the following:

1. That the videos depicting meetings between Mr. White and Allieu Kamara, on the following dates, are authentic:

- June 26, 2024 (GX #14);
- July 17, 2024 (GX #15);
- July 25, 2024 (GX #16); and
- August 9, 2024 (GX #17).

The parties agree that the portions of the videos depicting Mr. Kamara driving to and from his meetings with Mr. White are irrelevant. Accordingly, in the interest of time, they have been deleted.

2. That Mr. White accepted cash from Allieu Kamara on the following dates:

- June 26, 2024;
- July 17, 2024;

- July 25, 2024; and
- August 9, 2024.

3. That Mr. White did not return to or attempt to return to Allieu Kamara the cash that he received from Allieu Kamara on:

- June 26, 2024;
- July 17, 2024;
- July 25, 2024; and
- August 9, 2024.

JOHN CRABB JR.
REBECCA ROSS
Assistant United States Attorneys

TRAYON WHITE SR.

WARREN GARY KOHLMAN
Attorney for Trayon White, Sr.

Dated: 8/18/26