**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:24-cr-00406-RC |
| | ) | |
| Plaintiff, | ) | JUDGE RUDOLPH CONTRERAS |
| | ) | |
| vs. | ) | |
| | ) | |
| TRAYON WHITE, SR., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER GRANTING
DEFENDANT'S MOTION TO FILE PRETRIAL PROFFER OF INDUCEMENT EVIDENCE FOR ENTRAPMENT DEFENSE UNDER SEAL

ORDERED, the Defendant's Motion to File his Pretrial Proffer of Inducement Evidence for Entrapment Defense Under Seal is GRANTED for the reasons stated in his motion. The Pretrial Proffer shall be filed under seal and will be shared only with the Government. Any Government response shall also be filed under seal and will be shared only with the defense.

DATED August 27, 2026

Hon. Rudolph Contreras
UNITED STATES DISTRICT JUDGE