**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Crim. No.: 24-CR-406 (RC)** |
| | : | |
| **TRAYON WHITE, SR.,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S EMERGENCY MOTION TO ADMONISH DEFENDANT TO NOT TAMPER WITH THE JURY POOL

On September 3, 2026, the Government became aware of a video posted to the Defendant's public Instagram account and subsequently reported on by at least one news outlet, *see* Ex. A. In the video, *see* Ex. B, which the Defendant tags with the subjects, "jury duty," "DC," "CivicDuty," "DueProcess," and "WashingtonDC," the Defendant is standing in a suit in front of the District of Columbia Court of Appeals. In the video, the Defendant makes a blatant attempt to tamper with the jury pool for his upcoming trial by appealing to race, making disparaging comments about the jury selection process, and inflammatory comments about a separate jury trial. For example, the Defendant says, "this is not about me, it is about us." In the video, the Defendant also suggests that this was not his first attempt to tamper with the jury, as he alludes to a prior video in which he commented upon jury selection and jury service. There is no excusing this behavior and this unabashed attempt to taint the jury. The Government asks this Court to immediately admonish the Defendant to refrain from public comments about the jury selection process and the trial in general, as is within this Court's authority where such comments are substantially likely to have a materially prejudicial effect. *See Gentile v. State Bar of Nevada*, 501 U.S. 1030, 1070-76 (1991).

It is clear such materially prejudicial effect exists here, as demonstrated by the comments on the Defendant's video. For example, in one such comment, a person responds, "I agree. Everyone in this sweet city knows you were set up. We are targeted, especially when in an important position!!! Eyes wide open." In another comment, a person responds, "Praying that I get that summons. I would spend however long listening to case only to tell the rest of the jury NOT FKING GUILTY and that will not change." The Government hereby requests immediate relief and asks this Court to order the Defendant to refrain from public comments about the jury selection process and the trial in general.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

/s/ *Rebecca G. Ross*
Rebecca G. Ross
N.Y. Bar No. 5590666
John Crabb Jr.
N.Y. Bar No. 2367670