**Top Stories:** Trump wants to rename Strait of Hormuz | Army secretary steps down | $1 gold Trump coin

WUSA9 Follow

# Trayon White calls for fair jurors in Instagram video one week before bribery trial begins

**Sophie Rosenthal**
Updated Thu, September 3, 2026 at 7:31 AM EDT · 3 min read

Add Yahoo on Google



**Key takeaways**

- D.C. Councilmember Trayon White, facing federal bribery charges, calls for more people to show up for jury duty in a video posted on Instagram. See more

Jury selection for D.C. Councilmember Trayon White's federal bribery trial begins next week, but before potential jurors are screened, the councilmember took to Instagram to call for more people to show up for jury service.

White, who represents Ward 8 in D.C. Council, was arrested by the FBI in August 2024 and indicted on a bribery charge. He's accused of accepting $35,000 in cash bribes and agreeing to secure District mental health contracts for one of his contacts in exchange for $156,000 in kickbacks while he was the chair of the council committee overseeing violence interruption programs. White has repeatedly denied the allegations and claimed that the FBI set him up, even going as far as to claim once that the FBI wants him dead.

In the aftermath of White's arrest, he was reelected to D.C. Council in November 2024. White was then ousted from the council by his colleagues in February 2025. He then filed to run in the special election for the seat he was expelled from and was reelected again. By August 2025 — exactly a year after his arrest — he was back in D.C. Council.

ADVERTISEMENT

On Tuesday, White posted a video of himself in front of the Court of Appeals on his Instagram page, talking about who attends jury duty in D.C.

"There was a study that showed that only 22% of potential jurors in Washington, D.C., who are African American, answered their jury summons," White said in the video. "Twenty-two percent. That means that 78% who got the jury summons never even responded. It makes me think about cases like the young man in Texas, Carmelo Anthony, who was convicted by a non-Black jury. Twelve jurors, six alternates, none of them are Black. He got 30-plus years incarcerated."

White went on to connect this to his own upcoming trial.

"That's all I ask for, a fair shake," White continued. "And I feel really good and encouraged about my trial. Actually, I'm in good spirits. I feel good. I trust my legal team. But I can't do this without getting the opportunity to have a jury of my peers. And I'm not gonna say that all Black people support me, or non-Black people do or don't support me. I just want to make sure ... that those in my

community in Washington, D.C., take this very seriously because it is that serious. It's not just about me, but it's about us. I've been elected two times after this trial started, so I do know there are some people who do have faith in me and my work. But it's just not enough. I want to fight for my freedom and the opportunity to have a fair trial right here in Washington, D.C. I hear what Jeanine Pirro was saying about me, but I do know we have to put the power in the jury of the people so I can get my side of the story out. And that's all I'm asking for."

ADVERTISEMENT

In the caption, he wrote, "Jury duty matters. Jury selection starts September 8, 2026. Check your mailboxes."

Criminal defendants and attorneys are not allowed to talk to or influence potential jurors.

Jury questionnaires for White's trial will be sent to potential jurors Tuesday, Sept. 8, and the court will decide which of those potential jurors to bring in on Sept. 10. Then, jury selection will happen in D.C. District Court on Friday, Sept. 11.

**trayonwhite**
Original audio

View profile




View more on Instagram

**794 likes**

**trayonwhite**

Jury duty matters. Jury selection starts September 8, 2026. Check your mailboxes.

In one D.C. federal jury analysis, an expert estimated that only 22.4% of African American people who received jury summonses responded—meaning nearly 78% did not. That number trickles down once the process starts. We need all DC responding.

**View comments**

When you get that jury summons, don't just stand there, do something!

People in our communities deserve juries that reflect the communities they come from. That includes me. I have pleaded not guilty, and I deserve a fair and impartial jury just like every other American.

Let's stay politically active in our homes, schools, and our communities.

yahoo!news

Sign in

Search the web

View all 64 comments

Add a comment...

Terms and Privacy Policy Your Privacy Choices About Our Ads

## Recommended articles

Case 1:24-cr-00406-RC Document 101-1 Filed 09/03/26 Page 11 of 12

yahoo!news

Yahoo!
US
Politics
2024 Election
World
Health
Science
The 360
Contact Us
Originals

Terms and Privacy Policy
Your Privacy Choices
Help
Share Your Feedback
About Us
About Our Ads
Site Map

© 2026 Yahoo. All rights reserved.