**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:24-cr-00406-RC |
| | ) | |
| Plaintiff, | ) | JUDGE RUDOLPH CONTRERAS |
| | ) | |
| vs. | ) | |
| | ) | |
| TRAYON WHITE, SR., | ) | |
| | ) | |
| Defendant. | ) | |

**TRAYON WHITE'S RESPONSE TO GOVERNMENT'S EMERGENCY MOTION TO ADMONISH DEFENDANT TO NOT TAMPER WITH THE JURY POOL**

Defendant Trayon White, Sr., through undersigned counsel, hereby responds to the Government's filing styled GOVERNMENT'S EMERGENCY MOTION TO ADMONISH DEFENDANT TO NOT TAMPER WITH THE JURY POOL ("Gov. Emerg. Mtn."), filed today, September 3, 2026, on the public docket. (ECF 101.) This filing is in compliance with this Court's minute order earlier today for Mr. White to file his response by the close of business the same day.

**ARGUMENT**

Mr. White makes the following several points:

1. Factually, Mr. White's statements on the video the Government has supplied expressed nothing unlawful and, instead, expressly sought to uphold his constitutional right to a fair trial. The Government characterizes his comments in an alarmist and virtually criminalizing manner. Furthermore, Mr. White made no appeals to racial *bias,* as the Government suggests, and indeed Mr. White asserted that D.C. jurors can and will make decisions ungoverned by racial loyalty. *See* 9/1/2026 Video of Mr. White ("I'm not gonna say that all black people support me

or all nonblack people do or don't support me.”), *accessible at* https://www.instagram.com/reel/DcwxMgYDHp8/?utm_source=ig_embed&ig_rid=AGWZRsYrYez78rbwdUODb4q. Mr. White was merely speaking about the duties of citizenship, and about having a fair cross-section of the community in the jury pool, upholding values of racial equality.

2. Legally, the Government supports its position with **no** applicable authority on jury pool “tampering.” Mr. White’s comments sought to persuade D.C. citizens to obey the law, and he made them as a private individual accused of a crime and standing trial. In light of these facts, the authority the Government cites is **not** helpful to its argument. The Government misuses a case about pretrial publicity engaged in by members of the Nevada State bar, in violation of its bar’s rules of professional responsibility. *See Gentile v. State Bar of Nevada,* 501 U.S. 1030 (1991). Private litigants are not governed by responsibility rules drafted for their attorneys’ conduct. *See, e.g., Miano v. AC & R Advert., Inc.,* 148 F.R.D. 68, 75 (S.D.N.Y.), as amended (Mar. 4, 1993), adopted, 834 F. Supp. 632 (S.D.N.Y. 1993) (“Needless to say, the disciplinary rules of the Codes of Professional Responsibility do not apply to Mr. Miano or Mr. Widener, neither of whom are attorneys.”). Mr. White is not a licensed attorney appearing in this matter, and if he were, the Government would do well to consult the applicable standards concerning pretrial publicity here.

3. Moreover, the Government’s position threatens Mr. White’s First Amendment rights, in which he is entitled to express his opinion on his own case and on the workings of the federal criminal justice system in the District of Columbia. In the

very case cited by the Government in its motion, *Gentile*, although there had been pretrial publicity violative of the Nevada State Bar rules governing attorneys, the Supreme Court still upheld the attorneys' statements because "Nevada's application of Rule 177 in this case violates the First Amendment." *Gentile*, 501 U.S. at 1033–34.

4. The Government's position on pretrial publicity also suffers from hypocrisy, with the U.S. Attorney herself having blasted Mr. White's chance at trial in public: https://www.nbcwashington.com/news/local/i-cant-wait-what-top-dc-prosecutor-pirro-said-on-councilmember-trayon-whites-trial/4038235/.

5. As a practical matter, it is extremely unlikely at this point in time that Mr. White's comments, expressly to encourage responses to jury summonses as required by law, could have an impact on the jury pool coming in next week for his trial, either for good or for ill.

6. Mr. White has no intention of making further pretrial posts on social media to air his views about the jury selection process, although he reserves the right to question that process publicly in court next week through his attorneys. The defense wants to focus on the real issues of this case. Mr. White has no interest in side-litigation over the Government's overheated claims of jury pool tampering.

7. Ironically, the Government's own gratuitous and legally-baseless name-calling attack against Mr. White, in an "emergency" motion filed on the public docket, itself risks tampering the jury pool – **against** Mr. White. "Tampering" is strong language that has already attracted far more widespread and eyeball-catching distribution by several major news organizations at the time as the defense

prepared this response, than did Mr. White's original post that triggered the Government. *See* Exhibits A (*The Washington Post)*, B (ABC 7 News), and C (CBS 9 News), attached hereto. Mr. White reserves the right to seek relief from any impacts that these Government actions may have, or threaten to have, upon his right to a fair trial.

8. The Court should not intervene and, with an order "admonishing" Mr. White, appear to cast aspersions upon him as one effectively found to obstruct justice, per the Government's allegations of jury tampering. This, too, would be publicized and would create a whole new danger of prejudicing the jury pool against Mr. White. As stated above, there is no cause for such an order anyway, as Mr. White has no need, and does not intend, to make further comments on this topic

## CONCLUSION

For the reasons stated above, including that there is no need to sustain this controversy given Mr. White's plans, the Court should not grant the motion to "admonish" Mr. White to refrain from making comments about his case or the justice system.

Dated: September 3, 2026

Respectfully submitted,

*/s/ Warren Gary Kohlman*
Warren Gary Kohlman (DC #177527)
1845 R Street Northwest
Washington, DC 20009
202-497-4468
Email: gwkohlman@gmail.com

*Counsel For Defendant Trayon White, Sr.*

*/s/ Bruce H. Searby*

Bruce H. Searby (DC # 1012382)
Nicole C. Ledesma (DC # 90020184)
SEARBY PLLC
2000 P Street NW, Suite 705
Washington, D.C. 20036
Tel: (202) 750-6106
Email: bsearby@searby.law

*Counsel For Defendant Trayon White, Sr.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of September, 2026, true and genuine copies of TRAYON WHITE'S RESPONSE TO GOVERNMENT'S EMERGENCY MOTION TO ADMONISH DEFENDANT TO NOT TAMPER WITH THE JURY POOL were served on all counsel of record for the Government by ECF filing.

*/s/ Bruce. H. Searby*