**Split Sealer**
L'ANGE Split End Sealer for Smooth, Healthy Hair
4.5 238
$18.00 $20.00
**Subscribe & Save 10%**

LEGAL

# Trayon White calls for fair jurors in Instagram video one week before bribery trial begins

U.S. Attorney for D.C. Jeanine Pirro filed a motion Thursday morning asking a judge to admonish White to not tamper with the jury pool.

HALF-OFF
GOLF
MON-THURS
WHEN YOU BOOK ONLINE
$6 Account Activation Fee required. Tax and gratuity not included. Valid only at participating venues. Pricing based on online reservation rates. Walk-in rates may differ. Restrictions and exclusions apply. Visit topgolf.com/halfoffgolf for details.

IN OTHER NEWS
Maryland federal judge blc new birthright citizenship crackdown

Leading the cause was Ward 8 council member Trayon White.

Author: **Sophie Rosenthal**
Published: **7:46 AM EDT September 3, 2026**
Updated: **2:00 PM EDT September 3, 2026**

WASHINGTON — Jury selection for D.C. Councilmember Trayon White's federal bribery trial begins next week, but before potential jurors are screened, the councilmember took to Instagram to call for more people to show up for jury service.

White, who represents Ward 8 in D.C. Council, was arrested by the FBI in August 2024 and indicted on a bribery charge. He's accused of accepting $35,000 in cash bribes and agreeing to secure District mental health contracts for one of his contacts in exchange for $156,000 in kickbacks while he was the chair of the council committee overseeing violence interruption programs. White has repeatedly denied the allegations and claimed that the FBI set him up, even going as far as to claim once that the FBI wants him dead.

Sponsored Links
**Offering Closes September 17. Explore a New Kind of AI. Partnering with NVIDIA, Intel & HPE.***
Atombeam Learn More

In the aftermath of White's arrest, he was reelected to D.C. Council in November 2024. White was then ousted from the council by his colleagues in February 2025. He then filed to run in the special election for the seat he was expelled from and was reelected again. By August 2025 — exactly a year after his arrest — he was back on the D.C. Council.

On Tuesday, White posted a video of himself in front of the Court of Appeals on his Instagram page, talking about who attends jury duty in D.C.

"There was a study that showed that only 22% of potential jurors in Washington, D.C., who are African American, answered their jury summons," White said in the video. "Twenty-two percent. That means that 78% who got the jury summons never even responded. It makes me think about cases like the young man in Texas, Carmelo Anthony, who was convicted by a non-Black jury. Twelve jurors, six alternates, none of them are Black. He got 30-plus years incarcerated."

**Canned Water Zero Sugar 0...**
4.5 272
$14.24 $14.99
**Subscribe & Save 5%**

White went on to connect this to his own upcoming trial.

"That's all I ask for, a fair shake," White continued. "And I feel really good and encouraged about my trial. Actually, I'm in good spirits. I feel good. I trust my legal team. But I can't do this without getting the opportunity to have a jury of my peers. And I'm not gonna say that all Black people support me, or non-Black people do or don't support me. I just want to make sure ... that those in my community in Washington, D.C., take this very seriously because it is that serious. It's not just about me, but it's about us. I've been elected two times after this trial started, so I do know there are some people who do have faith in me and my work. But it's just not enough. I want to fight for my freedom and the opportunity to have a fair trial right here in Washington, D.C. I hear what Jeanine Pirro was saying about me, but I do know we have to put the power in the jury of the people so I can get my side of the story out. And that's all I'm asking for."

In the caption, he wrote, "Jury duty matters. Jury selection starts September 8, 2026. Check your mailboxes."

Criminal defendants and attorneys are not allowed to talk to or influence potential jurors.

U.S. Attorney for D.C. Jeanine Pirro filed a motion Thursday morning asking a judge to admonish White to not tamper with the jury pool. In the filing, which references WUSA9 reporting, prosecutors argue that White's comments are likely to sway potential jury members based on the comments left on the video.

One person commented, "Praying that I get that summons. I would spend however long listening to case only to tell the rest of the jury NOT F****** GUILTY and that will not change," according to the filing.

District Judge Rudolph Contreras ordered that White's defense must respond by 5 p.m. Thursday.

Jury questionnaires for White's trial will be sent to potential jurors Tuesday, Sept. 8, and the court will decide which of those potential jurors to bring in on Sept. 10. Then, jury selection will happen in D.C. District Court on Friday, Sept. 11.

**trayonwhite**
Original audio

View profile



View more on Instagram

**809 likes**

Add a comment...

**Related Searches**

Search for Iceland Tours for Seniors Over 70 on Yahoo. View top results now.