*Democracy Dies in Darkness*

# DOJ accuses Trayon White Sr. of ‘blatant attempt’ to sway jury in bribery case

Prosecutors said a video the D.C. Council member uploaded to social media included “inflammatory” comments.

Today at 1:23 p.m. EDT

By Ben Conarck and Paul Schwartzman

Federal prosecutors filed an emergency motion on Thursday accusing D.C. Council member Trayon White Sr. (D-Ward 8) of improperly trying to influence potential jurors by making “disparaging” and “inflammatory” comments on social media in the lead-up to his bribery trial.

Prosecutors are asking a judge to “immediately admonish” White to refrain from making public comments about the jury selection process and his trial, saying such statements are “substantially likely to have a materially prejudicial effect.”



A video posted to Instagram on Tuesday shows White, 42, standing in front of the D.C. Court of Appeals building. He encourages D.C. residents to answer their juror summonses, expressing concerns about a lower response rate from Black potential jurors than their White counterparts.

"I want to make sure that those in my community, in Washington, D.C., take this very seriously, because it is very serious," White says in the video. "It's not just about me. It's about us."

White goes on to say that he feels good about his chances in the trial and his legal team. "We have to put the power in the jury of the people, so we can get my side of the story out, and that's all I'm asking for," White says.

As of Thursday afternoon, the video was still available on White's public Instagram page.

Prosecutors from the U.S. attorney's office for D.C. wrote in the court motion that White's comments amounted to a "blatant attempt to tamper with the jury pool for his upcoming trial by appealing to race, making disparaging comments about the jury selection process and inflammatory comments about a separate jury trial."

"There is no excusing this behavior and this unabashed attempt to taint the jury," prosecutors wrote in the motion.

White's trial is expected to start Sept. 14. He was arrested in August 2024 after federal agents said they recorded him on four occasions taking a total of about $35,000 in cash bribes from a government contractor seeking his assistance in persuading city agencies to extend violence-interruption contracts.

The two men allegedly worked out a scheme in which the contractor would ultimately pay White $156,000 for his involvement, prosecutors said.

White has pleaded not guilty.

Asked about the Instagram video earlier this week, White said he wanted to make sure that people are answering jury summonses "to ensure I get a jury of my peers."

"It doesn't mean they will support me, but I want to make sure I get a fair shake," White said Tuesday at an event hosted by Janeese Lewis George, a fellow council member and the Democratic nominee for mayor.

U.S. District Judge Rudolph Contreras, who is overseeing the trial, ordered White to respond to the Justice Department's motion by 5 p.m. Thursday.

The D.C. Council expelled White after his arrest, though he regained his seat months later when voters in Ward 8, the collection of Southeast Washington neighborhoods he has represented since 2017, reelected him.

Prosecutors have identified the government contractor as Allieu Kamara, a longtime associate of White who cooperated with investigators after pleading guilty to bribing a contract specialist at the D.C. Child and Family Services Agency in exchange for help rigging $2 million in contracts in Kamara's favor.

*This is a developing story and will be updated.*

## What readers are saying

The comments reflect a strong skepticism and criticism of perceived double standards in the justice system, particularly regarding the actions of Donald Trump and Tom Homan compared to those of Councilmember Trayon White. Many commenters express frustration over what they see as... Show more

This summary is AI-generated. AI can make mistakes and this summary is not a replacement for reading the comments.