**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **Crim. No.: 24-CR-406 (RC)** |
| **TRAYON WHITE, SR.** | : | |
| **Defendant.** | : | |

**GOVERNMENT'S SUBMISSION REGARDING JURY INSTRUCTIONS**

The United States of America, hereby, submits the following regarding the draft jury instructions.

Yesterday the Court disseminated draft jury instructions. The government will be prepared to address the instructions at this afternoon's charging conference. The government is submitting its position regarding two instructions in advance of the conference.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

John Crabb Jr.
John Crabb Jr.
N.Y. Bar No. 2367670
Rebecca G. Ross
N.Y. Bar No. 5590666
601 D Street, N.W.
Washington, D.C. 20530
john.d.crabb@usdoj.gov
(202) 252-1794