**Instruction 2.405 UNANIMITY--GENERAL**

A verdict must represent the considered judgment of each juror, and in order to return a verdict, each juror must agree on the verdict. In other words, your verdict on Count One must be unanimous.

In this case, the Government has alleged that Mr. White committed a scheme to commit briberythe act of bribery on four separate dates. You must agree unanimously on the overall scheme. Additionally, the Government has alleged that Mr. White accepted payments as part of this scheme on four occasions. You must unanimously agree that Mr. White accepted payment on one of those four occasions. that all the elements of the bribery offense have been satisfied on at least one of those dates. In other words, it is not enough to convict Mr. White if some of you agree that he accepted a bribe on one day and others believe he accepted a bribe on another day, if you do not all agree that he accepted a bribe on the same date. However, you only need to agree on a single occasion date, even if you disagree or find he did not accept a payment bribe on any of the other occassionsdates.

There are also three separate means under the bribery statute: committing an official act, defrauding the United States, and violating an official duty. In order to convict Mr. White, you do not need to agree on which of these Mr. White accepted payment in exchange for, provided you all find beyond a reasonable doubt that he

**Commented [JC1]:** *See* Mem Op. [ECF # 65], at 6-8 ("Here, the Court reads the Indictment to allege that the four payments CHS-1 made to Mr. White between June and August 2024 were part of a single, continuing scheme.") ("nowhere does [the Indictment] allege that each payment was made for a discrete, separate promise"). *See also* Course of Conduct Instruction.

accepted or agreed to accept a thing of value in exchange for doing one of those three things.