**Official Act - Defined**

The Government alleges that the Defendant violated the bribery statute by accepting a bribe intending to be influenced to perform an official act. The term "official act" means any decision or action on any question, matter, cause, suit, proceeding, or controversy, which may at any time be pending, or which may by law be brought before any public official, in such public official's official capacity or in such official's place of trust. This has two parts to it.

First, the question, matter, cause, suit, proceeding or controversy must be specific and focused and involve a formal exercise of governmental power. In this case, the charge is that the question, matter, cause, suit, proceeding, or controversy is the renewal of Life Deeds's and/or some of Mr. Kamara's other companies' contracts with the District of Columbia Government.

Second, the public official must make (or agree to make) a decision or take (or agree to take) an action on that question, matter, cause, suit, proceeding or controversy. A decision or action on a qualifying step for a question, matter, cause, suit, proceeding or controversy, would qualify as an official act. An official act also includes a public official exerting pressure on another official to perform an official act, or providing advice to another official, knowing or intending that such advice will form the basis for an official act by another official.

Setting up a meeting, hosting an event, talking to another official, or determining the status of a contract, merely to gather information, without more, does not qualify as a decision or action on a question, matter, cause, suit, proceeding or controversy. Simply expressing support at a meeting, event, or call—or sending a subordinate to such a meeting, event, or call, even if the event, meeting or call is related to a pending question or matter—similarly does not qualify as a decision or action on a question, matter, cause, suit, proceeding or controversy, as long as the official does not intend to exert pressure on another official or provide advice, knowing or intending such advice to form the basis for an official act taken by another public official.

You may, however, consider evidence that a public official set up a meeting, hosted an event, talked to another official, expressed support, or sent a subordinate as evidence of an agreement to take an official act. On the other hand, you may consider evidence that a public official did not set up a meeting, host an event, talk to another official, express support, or send a subordinate as evidence that there was no agreement to take an official act. You may consider all of the evidence in the case, including the nature of the transaction, in determining whether the conduct involved an official act.

In order to satisfy the elements of bribery, however, the public official need not actually perform an official act or have control over the outcome of the

question or matter. When the defendant is a public official charged with receiving a bribe, it is sufficient if the public official agrees to perform an official act in exchange for a thing of value so long as they intended to be influenced or induced to perform the official act. Except in instances where the bribe is in the form of a campaign contribution, this agreement need not be explicit, and the public official need not specify the means that he will use to perform his end of the bargain. You may, for example, conclude that an agreement was reached if the evidence shows that the public official received a thing of value knowing that it was given with the expectation that the official would perform an official act in return. ~~But even if an agreement is reached, t~~The defendant can only be convicted if you ~~also~~ find that he acted corruptly, which, as explained above, means that he intended to be influenced or induced. Knowledge alone is not enough to have acted corruptly.

~~As noted above, although the agreement generally need not be explicit, it must be explicit if it involves a campaign contribution. An explicit agreement means one that is plainly evident. It is not enough to find an agreement with respect to a campaign contribution simply because a campaign donation preceded or followed the favorable act. But the agreement does not need to be expressly stated. It can be inferred from the words and actions of the parties; and it can be informal. In other words, you do not need to find that the parties expressly stated the terms of the agreement.~~

**Commented [JC1]:** The government proposes this revision to make it clear that, while the defendant must agree and intend to perform an official act, the defendant does not have to actually act. While Burke requires that the defendant intended to perform an official act, Burke does not require that the defendant actually perform an official act. The "official act" is not akin to an "overt act" in a Sec. 371 conspiracy. This is also consistent with other parts of the instruction indicating that agreeing to take an official action is sufficient.

**Commented [JC2]:** The government requests that this paragraph be struck. The defense has not cited any authority that campaign contributions are to be analyzed under a different rubric regarding the explicitness of the agreement, and explicitness is addressed elsewhere in the instructions.