**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:24-cr-00406-RC |
| | ) | |
| Plaintiff, | ) | JUDGE RUDOLPH CONTRERAS |
| | ) | |
| vs. | ) | |
| | ) | |
| TRAYON WHITE, SR., | ) | |
| | ) | |
| Defendant. | ) | |

TRAYON WHITE, SR'S REQUEST FOR REVISION OF JURY INSTRUCTION REGARDING "CERTAIN EVIDENCE," AND IN THE ALTERNATIVE, WITHDRAWAL OF REQUEST FOR ANY INSTRUCTION ON THE TOPICS

Defendant Trayon White, Sr., through undersigned counsel, (1) hereby files this request for revision of the jury instruction now set to be given to the jury captioned "LIMITING INSTRUCTION REGARDING CERTAIN EVIDENCE," at p. 50 of the Jury Instructions sent to the parties by the Court at 12:39 pm, yesterday, September 22, 2026, and (2) in the alternative to the Court so revising such instruction, would hereby withdraw his request for an instruction on the topics altogether.

1. Request for Revision

Instead of the current version of this instruction, Mr. White proposes the following language in relation to his request to instruct the jury about the Medicaid and federal contracting opportunities mentioned on certain of the undercover video-recordings entered into evidence in this case:

**DISREGARDING CERTAIN EVIDENCE AS A BASIS FOR FINDING GUILT**

There was evidence about Mr. White discussing with the Government's confidential informant some contracting opportunities in mental health services, public housing, and schools. You should disregard this evidence as forming part of the reason why you could find Mr. White guilty of the bribery offense in this case.

2. In the Alternative, Withdrawal of Request for Instruction On This Evidence

If the above revised instruction, or something substantially similar, is not adopted by the Court, then Mr. White respectfully withdraws his request for an instruction about these topics altogether.

Dated: September 22, 2026

Respectfully submitted,

*/s/ Warren Gary Kohlman*
Warren Gary Kohlman (DC #177527)
1845 R Street Northwest
Washington, DC 20009
202-497-4468
Email: gwkohlman@gmail.com

*Counsel For Defendant Trayon White, Sr.*

*/s/ Bruce H. Searby*
Bruce H. Searby (DC # 1012382)
Nicole C. Ledesma (DC # 90020184)
SEARBY PLLC
2000 P Street NW, Suite 705
Washington, D.C. 20036
Tel: (202) 750-6106
Email: bsearby@searby.law

*Counsel For Defendant Trayon White, Sr.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of September, 2026, true and genuine copies of TRAYON WHITE, SR'S REQUEST FOR REVISION OF JURY INSTRUCTION REGARDING "CERTAIN EVIDENCE," AND IN THE ALTERNATIVE, WITHDRAWAL OF REQUEST FOR ANY INSTRUCTION ON THE TOPICS were served on all counsel of record for the Government by ECF filing.

*/s/ Nicole Ledesma*