**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:24-cr-00406-RC |
| | ) | |
| Plaintiff, | ) | JUDGE RUDOLPH CONTRERAS |
| | ) | |
| vs. | ) | |
| | ) | |
| TRAYON WHITE, SR., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT TRAYON WHITE'S PROPOSED JURY INSTRUCTION RE: GRATUITIES NOT PROVING BRIBERY**

The below language including proposed jury instructions relating to gratuity rewards was sent by Theo Sotoodehnia (tsotoodehnia@searby.law) via email to the Court and to the Government yesterday, September 22, 2026, as we were experiencing connectivity issues which we were unable to resolve with the court's IT staff. The Court asked counsel to place the proposed jury instruction on the docket though the Court declined in its subsequent instructions to include this language in the jury instructions.

Defendant Trayon White, through undersigned counsel, proposed the following jury instructions for placement within the Bribery instruction:

> A gratuity rewards an official for conduct already performed, and does not involve the intent by either the giver or receiver that future exercises of official discretion will be influenced. If you find that a particular instance of alleged bribery involved the payment or receipt of a gratuity, i.e. a reward for past services, and not a bribe, you must find such act of alleged bribery not proven.

*United States v. Friedman*, 854 F.2d 535.556-57 (2d Cir. 1988).

Dated: September 23, 2026

Respectfully submitted,

*/s/ Warren Gary Kohlman*
Warren Gary Kohlman (DC #177527)
1845 R Street Northwest
Washington, DC 20009
202-497-4468
Email: gwkohlman@gmail.com

*Counsel For Defendant Trayon White, Sr.*

*/s/ Bruce H. Searby*
Bruce H. Searby (DC # 1012382)
Nicole C. Ledesma (DC # 90020184)
SEARBY PLLC
2000 P Street NW, Suite 705
Washington, D.C. 20036
Tel: (202) 750-6106
Email: bsearby@searby.law

*Counsel For Defendant Trayon White, Sr.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of September, 2026, true and genuine copies of **DEFENDANT TRAYON WHITE'S PROPOSED JURY INSTRUCTION RE: GRATUITIES NOT PROVING BRIBERY** were served on all counsel of record for the Government by ECF filing.

*/s/ Nicole Ledesma*