**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**TRAYON WHITE, SR.**<br><br>**Defendant.** | **Case No. 24-CR-406 (RC)** |

**NOTICE OF IMPROPER JUROR CONTACT**

The Government hereby provides notice of improper juror contact. Earlier today, law enforcement officers observed a member of the public, who was present for the jury instructions, engage in improper contact with a juror. The law enforcement officers observed the member of the public say in the vicinity of the alternate juror in seat one, "you broke our hearts. You were our hung jury[,]" or words to that effect. Law enforcement did not observe the alternate juror react to the comment.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: ___*/s/ Rebecca G. Ross*___
Rebecca G. Ross
N.Y. Bar No. 5590666
John Crabb Jr.
N.Y. Bar No. 2367670
Assistant United States Attorneys
601 D Street, N.W.
Washington, D.C. 20539