CO 109A - Rev. 3/2010

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )

vs. )

TRAYON WHITE )

Civil/Criminal No.: 24 CR 406 (RC)

## NOTE FROM JURY

Do we need to see a contractual benefit to one of Komoras businesses getting a contract extension in order for it to be bribery

Date: 9-23-2026

Time: 1:56 PM

FOREPERSON