**UNITED STATES DISTRICT COURT**
**THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA
Plaintiff,

CRIMINAL NO. 24-406 (RC)

Vs.

TRAYON WHITE

Defendant.

**COUNSELS ACKNOWLEDGMENTS CONCERNING TRIAL EXHIBITS**

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the courtroom deputy and have agreed on the exhibits that shall be submitted to the jury during deliberations.

DATE: September 23, 2026
COUNSEL FOR PLAINTIFF ______________________

COUNSEL FOR DEFENDANT ______________________