**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:24-cr-00406-RC |
| | ) | |
| Plaintiff, | ) | JUDGE RUDOLPH CONTRERAS |
| | ) | |
| vs. | ) | |
| | ) | |
| TRAYON WHITE, SR., | ) | |
| | ) | |
| Defendant. | ) | |

TRAYON WHITE, SR'S RESPONSE TO JURY NOTE NO. 2

Defendant Trayon White, Sr., through undersigned counsel, hereby files this response to Jury Note. No. 2:

**Text of Jury Note No. 2:**

In the DC. Council Code of Conduct (Exhibit 1), receiving money in exchange for an official act appears to be a violation of gift restrictions, regardless of whether the defendant intended to follow through.

Q. Does this constitute a violation of official duty?

PROPOSED ANSWER TO QUESTION NO. 1:

No. For purposes of finding Mr. White guilty of being bribed in return for "a violation of official duty," it is a requirement that he intended to follow through as to the official act.

You are only required in this case to consider the DC. Council Code of Conduct's gift restriction as it relates to the federal criminal offense of bribery, which does require that the defendant intended to follow through as to the official act in exchange for receiving money.

Q. Is it bribery if the defendant received money to perform an official act, but had no intention of fulfilling the agreement?

PROPOSED ANSWER TO QUESTION NO. 2:

No.

I recommend that you look at the Jury Instructions: pg. 38 (OFFICIAL ACT) and pg. 42 (OFFICIAL DUTY).

Mr. White reserves the right to argue orally in open court in support of these responses.

Dated: September 24, 2026

Respectfully submitted,

*/s/ Warren Gary Kohlman*
Warren Gary Kohlman (DC #177527)
1845 R Street Northwest
Washington, DC 20009
202-497-4468
Email: gwkohlman@gmail.com

*Counsel For Defendant Trayon White, Sr.*

*/s/ Bruce H. Searby*
Bruce H. Searby (DC # 1012382)
Nicole C. Ledesma (DC # 90020184)
SEARBY PLLC
2000 P Street NW, Suite 705
Washington, D.C. 20036
Tel: (202) 750-6106

Email: bsearby@searby.law

*Counsel For Defendant Trayon White, Sr.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of September, 2026, true and genuine copies of TRAYON WHITE, SR'S RESPONSE TO JURY NOTE NO. 2 were served on all counsel of record for the Government by ECF filing.

*/s/ Bruce Searby*