CO 109A - Rev. 3/2010

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )

vs. ) Civil/Criminal No.: 24 CR 406 (RC)

TRAYON WHITE )

## NOTE FROM JURY

In the D.C. Council Code of Conduct (Exhibit 1), receiving money in exchange for an official act appears to be a violation of gift restrictions, regardless of whether the defendant intended to follow through.

Does this constitute a violation of official duty?

Is it bribery if the defendant received money to perform an official act, but had no intention of fulfilling the agreement?

Date: 9-23-2026

Time: 4:50 pm

FOREPERSON

*addressed by the court on 9/24/2026 9:35am

0