CO 109A - Rev. 3/2010

**UNITED STATES DISTRICT AND BANKRUPTCY COURTS**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA )
vs. ) Civil/Criminal No.: 24 CR 406 (RC)
)
TRAYON WHITE )
)

## NOTE FROM JURY

The jury is unable to reach a unanimous decision.

Date: 9-25-26

Time: 10:15am

FOREPERSON

CO 109A - Rev. 3/2010

**UNITED STATES DISTRICT AND BANKRUPTCY COURTS**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA )

vs. ) Civil/Criminal No.: 24 CR 406 (RC)

TRAYON WHITE )

## NOTE FROM JURY

In way of a status update, the jury continued careful deliberations today. We've had productive discussions, but have not reached consensus, and our afternoon vote did not shift from our first vote of the day. We will return to deliberate on Monday morning.

Date: 09/25/26

Time: 4:20pm

FOREPERSON